IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>                     Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br>1610 33rd Street, N.W.<br>Washington, D.C. 20007<br>                     Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Misc. Case No. 06-170<br>:<br>: Judge:    Hon. Thomas F. Hogan<br>:<br>:<br>:<br>:<br>: |

### DECLARATION AND RETURN OF SERVICE BY TAMMY S. BARKER

1.    I am a duly commissioned Revenue Agent employed in the Office of the Area Director, SBSE Compliance (Small Business/Self Employed), Internal Revenue Service ("Service"), in Washington, D.C.

2.    On June 22, 2006, at about 10:20 a.m., I personally served the following documents on respondent Philip Berlin by handing them to him at his residence at 1610 33rd Street, N.W., Washington, D.C. 20007:

    a. ORDER TO SHOW CAUSE AND TO ALLOW ELECTRONIC FILING (dated June 14, 2006);

    b. UNITED STATES' PETITION TO ENFORCE INTERNAL REVENUE SUMMONSES;

    c. DECLARATION OF REVENUE AGENT TAMMY BARKER; and

    d. UNITED STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT.

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed: this 28th day of June, 2006, in Washington, D.C.

*Tammy S. Barker*
TAMMY S. BARKER