IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044 | :<br>:<br>:<br>: |
|                     Petitioner, | :<br>: |
| v. | : Case No.  1:06MS00170<br>: |
| PHILIP D. BERLIN<br>1610 33rd Street, N.W.<br>Washington, D.C. 20007 | : Judge:      Hon.  Thomas F. Hogan<br>:<br>: |
|                  Respondent. | : |

## ORDER TO SHOW CAUSE AND TO ALLOW ELECTRONICALLY FILING

Upon the United States' *ex parte* motion for the issuance of an order to show

cause and to permit documents to be filed electronically in this case (docket No. 2), and

upon consideration of the petition of the United States of America,  the declaration of

Internal Revenue Service Agent Tammy Barker, and the United States' memorandum in

support thereof (collectively filed under docket No. 1), it is

ORDERED that the United States' *ex parte* motion referenced above (docket No.

2) is GRANTED; and it is further

ORDERED that respondent Philip D. Berlin ("Berlin"), shall appear before the

United States District Court for the District of Columbia, Courtroom 25A , United States

Courthouse,  333 Constitution Avenue, N.W., Washington, DC, on the 20th day of JULY,

2006, at 9:30 am., and show cause why he should not be compelled to obey two Internal

4

Revenue Service summonses served upon him on March 24, 2005 and August 17, 2005, respectively; and it is further

ORDERED that a copy of this Order, together with: (1) the United States' Petition; (2) Declaration of Revenue Agent Barker, and (3) the United States' memorandum in support of the petition to enforce, be personally served upon Berlin, on or before JUNE 29, 2006. In accordance with this Order, the Clerk of the Court shall neither prepare a summons nor forward the Petition to the United States Marshal as set forth in Rule 4(a), Federal Rules of Civil Procedure; and it is further

ORDERED that pursuant to Fed.R.Civ.P. 4.1, Internal Revenue Agent Tammy Barker, or other Revenue Agent employed by the Internal Revenue Service, is specially appointed to personally serve the documents identified above on Berlin in connection with the above captioned matter; and is further

ORDERED that within FIFTEEN (15) days of service of a copy of this Order, along with the petition to enforce the summons at issue, the declaration of Agent Barker and the United States' memorandum in support of its petition to enforce, Berlin shall file with the Court and serve on Government counsel a written response to the Petition supported by appropriate affidavit(s), as well as any motions Berlin desires to make; and it is further

ORDERED that all motions and issues raised by Berlin will be considered upon the return date of this Order; that only those issues raised by motion or brought into controversy by the responsive pleading, and supported by affidavit(s), will be

-2-

considered at the return date of this Order; that any uncontested allegations in the

Petition will be considered as admitted for purposes of this enforcement proceeding;

that affidavits in opposition to the Petition or in support of any motion shall be made on

personal knowledge, shall set forth such facts as would be admissible in evidence, and

shall show affirmatively that the affiant is competent to testify to the matters stated

therein; and that any affidavit failing to comply with this standard shall not be

considered by the Court; and it is further

ORDERED that the United States is granted leave to file a reply to any

opposition to the petition to enforce or to any motion that may be made by respondent;

and it is further

ORDERED that if Berlin has no objection(s) to compliance with the summonses

served on him, he shall, at least seven (7) business days prior to the hearing scheduled

above, notify the Clerk of this Court, in writing, with a copy to be sent by overnight

mail to the Tax Division, United States Department of Justice, 555 4th Street, N.W.,

Room 6832, Washington, D.C. 20001 (Attn: Trial Attorney Charles M. Flesch), of that

fact and he will not then be required to respond or appear as ordered above; and it is

further

ORDERED that the Clerk of the Court shall permit the parties to file papers

eletronically in this case.

DONE: this 14 day of June, 2006 at Washington, D.C.


THOMAS F. HOGAN
United States District Judge