IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 MS-00170 |
| vs. ) | |
| ) | |
| PHILIP D. BERLIN, ) | Judge: Hon. Thomas F. Hogan |
| ) | |
| RESPONDENT. ) | |
| ) | |

RESPONSE OF PHILIP D. BERLIN, RESPONDENT

RESPONDENT, Philip D. Berlin, by his undersigned attorneys, in response to the Order to Show Cause issued by this Court on plaintiff's Petition to Enforce Internal Revenue Summonses, states as follows in response to the Petition:

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Lacks knowledge or information sufficient to form a belief as to the truth of the averments set forth in this paragraph.

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

RESPONSE OF PHILIP D. BERLIN, RESPONDENT
Case No. 1:06 MS-00170

- 1 -

6. Lacks knowledge or information sufficient to form a belief as to the truth of the averments set forth in this paragraph.

7. Admits.

8. Denies.

9. Lacks knowledge or information sufficient to form a belief as to the truth of the averments set forth in this paragraph.

10. Lacks knowledge or information sufficient to form a belief as to the truth of the averments set forth in this paragraph.

11. Declines to respond by reason of Respondent's rights under the Fifth Amendment of the Constitution of the United States of America.

12. Declines to respond by reason of Respondent's rights under the Fifth Amendment of the Constitution of the United States of America.

13. Denies that the summons in question was properly issued under 26 U.S.C. § 7602.

14. Admits that the summons in question was received by Respondent, but denies that the summons in question was properly issued under 26 U.S.C. § 7602.

15. States that Respondent was under no obligation to respond to an improperly issued summons.

16. Denies that the summons in question was properly issued under 26 U.S.C. § 7602.

17. Admits that the summons in question was received by Respondent, but denies that the summons in question was properly issued under 26 U.S.C. § 7602.

18. States that Respondent was under no obligation to respond to an improperly issued summons.

19. Denies.

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

RESPONSE OF PHILIP D. BERLIN, RESPONDENT
Case No. 1:06 MS-00170

- 2 -

20. Denies that the Service is entitled to compel Respondent to produce the information sought by the two summonses in question.

21. Lacks knowledge or information sufficient to form a belief as to the truth of the averments set forth in this paragraph.

22. Denies.

WHEREFORE, Respondent prays that the Court deny plaintiff's Petition to Enforce Internal Revenue Summonses and for such other and further relief as may be appropriate. In support of its prayer for relief, Respondent submits the attached Memorandum in Support.

Dated:　　July 7, 2006　　　　　　　　Respectfully submitted,

MICHAEL C. DURNEY

/s/ Michael C. Durney
_____
LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
(202) 965-7744
FAX: 202 965-7745
D.C. Bar No. 111872
Email: mcd@mdurney.com


DUNCAN H. CAMERON

/s/ Duncan H. Cameron
_____
CAMERON & HORNBOSTEL, LLP
818 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 393-4690
FAX: 202 293-1877
D.C. Bar No.173146
Email: dcameron@cameron-hornbostel.com

Attorneys for Respondent

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

RESPONSE OF PHILIP D. BERLIN, RESPONDENT
Case No. 1:06 MS-00170

- 3 -

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 7th day of July, 2006, a true and correct copy of the foregoing

<u>RESPONSE OF PHILIP D. BERLIN, RESPONDENT</u>

was served by United States Mail, postage paid, and electronically by email upon the following:

    Charles M. Flesch, Esquire
    Trial Attorney
    Department of Justice
    Tax Division
    P.O. Box 227  Ben Franklin Station
    Washington, D.C. 20044
    Email: charles.m.flesch@ usdoj.gov

    Attorney for Plaintiff

/s/ Michael C. Durney

_____
Michael C. Durney

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

NOTICE OF
MOTION TO INTERVENE AND FOR FURTHER RELIEF
Case No. 04-CV-2184W (AJB)