AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

        Plaintiff(s)

vs.

Philip D. Berlin

        Defendant(s)

**APPEARANCE**

CASE NUMBER    1:06 MS-00170

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael C. Durney__ as counsel in this
                              (Attorney's Name)

case for: __Philip D. Berlin__
         (Name of party or parties)

July 7, 2006
Date

*/s/ Michael C. Durney*
Signature

Michael C. Durney
Print Name

D.C. Bar No. 11872
BAR IDENTIFICATION

1072 Thomas Jefferson Street, N.W.
Address

Washington, D.C.    20007
City       State       Zip Code

202 965-7744
Phone Number