IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> U.S. Department of Justice, Tax Division : <br> P.O. Box 227 : <br> Washington, D.C. 20044 : <br> : <br>                 Petitioner, : <br> : <br> v.                            : Misc. Case No. 06-170 <br> : <br> PHILIP D. BERLIN                : Judge:     Hon. Thomas F. Hogan <br>                 Respondent. : <br> : | |

CERTIFICATE OF SERVICE

    1. UNITED STATES' MEMORANDUM IN REPLY TO RESPONDENT'S OPPOSITION TO ENFORCEMENT OF THE SUMMONSES; and

    2. this CERTIFICATE OF SERVICE,

were served this 11th day of JULY 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, which will electronically transmit them to respondent's counsel:

        Michael C. Durney, Esq.
        1072 Thomas Jefferson Street, N.W.
        Washington, D.C. 20007

AND BY CAUSING THOSE DOCUMENTS TO BE PLACED IN A POSTAGE PREPAID ENVELOPE, AND DEPOSITED IN THE U.S. MAIL, ADDRESSED TO:

        Michael C. Durney, Esq.
        1072 Thomas Jefferson Street, N.W.
        Washington, D.C. 20007

        Duncan H. Cameron, Esq.
        Cameron & Hornbostel, LLP
        818 Connecticut Avenue, N.W.
        Washington, D.C. 20006

/s/ *Charles M. Flesch*
Charles M. Flesch
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044