**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>U.S. Department of Justice, Tax Division )<br>)<br>      Petitioner )<br>  v. )<br>)<br>PHILIP D. BERLIN, )<br>)<br>      Respondent. ) | Misc. Case No. 06-0170 (TFH) |

### ORDER

It is hereby **ORDERED** that the Government's consent motion made at the hearing held on July 20, 2006 to replace Exhibit 2 of the Affidavit of Agent Barker, filed with the Petition to Enforce Internal Revenue Summonses [dkt. no. 1], with a redacted version of Exhibit 2 as provided to the Court by Government's counsel is hereby **GRANTED** and it is further **ORDERED** that the Clerk of the Court also make this substitution in its files and destroy the original Exhibit 2 as filed.

**SO ORDERED**.

July 20, 2006

/s/
Thomas F. Hogan
Chief Judge