UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>U.S. Department of Justice, Tax Division ) <br> ) <br> Petitioner ) <br> v. ) <br> ) <br> PHILIP D. BERLIN, ) <br> ) <br> Respondent. ) | Misc. Case No. 06-0170 (TFH) |

### AMENDED ORDER

It is hereby **ORDERED** that this order amends the Order [10] issued by the Court on July 20, 2006 to read as follows: It is hereby **ORDERED** that the Government's consent motion made at the hearing held on July 20, 2006 to replace Exhibits 2 and 3 to the Affidavit of Agent Barker, filed with the Petition to Enforce Internal Revenue Summonses [dkt. no. 1], with redacted versions of Exhibits 2 and 3 as provided to the Court by Government's counsel is hereby **GRANTED** and it is further **ORDERED** that the Clerk of the Court also make these substitutions in its files and destroy the original Exhibits 2 and 3 as filed.

**SO ORDERED**.

July 20, 2006

/s/
Thomas F. Hogan
Chief Judge