**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **U.S. Department of Justice, Tax Division** | ) | |
| | ) | |
| **Petitioner** | ) | |
| **v.** | ) | **Misc. Case No. 06-0170 (TFH)** |
| | ) | |
| **PHILIP D. BERLIN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

<u>**ORDER ENFORCING INTERNAL REVENUE SUMMONSES**</u>

After reviewing the parties' filings and the entire record in this matter, for the reasons

stated at the hearing that was held on July 20, 2006, and in accordance with the opinion dictated at

the conclusion of that hearing, the Court finds that the summonses issued by Tammy S. Baker, a

Revenue Agent of the Internal Revenue Service, to Respondent Philip D. Berlin, on March 24,

2005 and August 15, 2005, respectively, are enforceable as they were issued for the legitimate

purpose of determining the taxpayer's correct federal income tax liabilities for the taxable years

ending 2000 through 2002, and the summonsed testimony and documents identified on the

summonses may be relevant to that determination and the information sought is not already in the

possession of the Internal Revenue Service (except for a copy of Respondent's current passport)

and the administrative procedural steps required by the Internal Revenue Code have been

followed, and that Respondent has possession, custody and/or control over the MasterCard credit

card and the other documents identified on the summonses; therefore it is hereby **ORDERED** that

Respondent Berlin appear before Revenue Agent Tammy S. Barker or any other authorized officer

of the Internal Revenue Service, at the time and place to be designated by Agent Barker, and then

and there be sworn, to give testimony and produce for examination and copying each and every

book and record demanded by the March 24, 2005 and August 15, 2005 summonses served upon

Respondent Berlin (except for a copy of Respondent's current passport), in connection with the

examination of Berlin, the examination to continue from day-to-day until completed.

**SO ORDERED**.

July 20, 2006                                   _____/s/_____
                                                       Thomas F. Hogan
                                                       Chief Judge