IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> U.S. Department of Justice, Tax Division : <br> P.O. Box 227 : <br> Washington, D.C. 20044 : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> PHILIP D. BERLIN : <br> Respondent. : <br> : | : Misc. Case No. 06-170 <br><br> : Judge:     Hon.  Thomas F. Hogan |

UNITED STATES' MOTION FOR AN ADJUDICATION OF CONTEMPT
OF RESPONDENT AND FOR INCARCERATION OR FINE

PETITIONER, United States, by its undersigned counsel, respectfully moves the Court for an order adjudging respondent Philip D. Berlin in contempt for disobeying the Court's July 20, 2006 enforcement order by failing to produce the eight credit card statements mentioned at the July 20, 2006 hearing in unredacted form, as well as all the other records (except for the expired passport) sought by the summonses.  Upon a finding of contempt, the United States seeks to have respondent incarcerated or fined until he purges himself of such contempt.

As grounds for this motion, the Court is referred to the memorandum of points and authorities, and a declaration of undersigned counsel.  A proposed order is also submitted herewith.

Dated: August 15, 2006                    Respectfully submitted,

                                          /s/ Charles M. Flesch
                                          CHARLES M. FLESCH
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Ben Franklin Station
                                          Washington, D.C.  20044
                                          Telephone:  (202) 307-6635

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney