IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>      Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br>      Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Misc. Case No. 06-170<br>:<br>: Judge: Hon. Thomas F. Hogan<br>: |

## ORDER ADJUDGING RESPONDENT IN CONTEMPT AND DIRECTING U.S. MARSHAL TO INCARCERATE RESPONDENT PHILIP D. BERLIN

The Court finding:

(1) Respondent PHILIP D. BERLIN ("Berlin") having received a true and correct copy of this Court's order dated July 20, 2006, or otherwise having been apprised of the contents thereof, which enforced two Internal Revenue summonses (dated March 24, 2005 and August 15, 2005) by requiring, among other things, that Berlin produce each document identified on the summonses except for his current passport;

(2) Respondent Berlin having produced a copy of his expired passport and eight redacted copies[1] of his MasterCard credit card statements for 2002;[2]

---

[1] The redactions were unlawfully made, *see Doe v. United States*, 487 U.S. 201, 206 (1988) ("It is undisputed that the contents of the foreign bank records sought by the Government are not privileged under the Fifth Amendment.") (citing *Braswell v. United States*, 487 U.S. 99, 108-110 (1988); *United States v. Doe*, 465 U.S. 605 (1984); *Fisher v. United States*, 425 U.S. 391 (1976)), and were made in violation of the Court's July 20, 2006 order.

[2] The United States identified the MasterCard credit card account number to the Court at oral argument on July 20, 2006  For privacy reasons, however, the account number, 5400-54**-****-4673, is partially redacted in written filings to the Court.

(3) Respondent Berlin having failed to produce: (a) four other MasterCard credit card statements for 2002; (b) his MasterCard credit card statements for 2000 and 2001; (c) documents reflecting payment of the charges to his offshore MasterCard credit card; and (d) the original or duplicate copy of his MasterCard credit card that was identified by the Internal Revenue Service; and that after due consideration thereon, it is therefore

ORDERED, ADJUDGED and DECREED that respondent Berlin has been, is, and continues to be in CIVIL CONTEMPT of this Court's July 20, 2006 order enforcing the IRS summonses identified above with respect to the summonsed documents itemized above; and it is further

ORDERED, ADJUDGED AND DECREED that PHILIP D. BERLIN BE INCARCERATED for having refused to obey this Court's July 20, 2006 Order with respect to the summonsed documents as found above; and it is further

ORDERED, ADJUDGED AND DECREED that the United States Marshal for the District of Columbia is hereby directed to take into custody the person of PHILIP D. BERLIN, who is currently residing at 1610 33rd Street, NW, Washington, DC 20007, and incarcerate him until such time as BERLIN shall purge himself of contempt by fully complying with the Court's Order of July 20, 2006, regarding producing the summonsed documents (including unredacted copies of the eight credit card statements referred to above); and it is further

ORDERED that the United States may recover its costs and expenses incurred, including attorney's fees, in bringing and prosecuting this proceeding in an amount to be determined by the Court. The United States shall have 30 days within which to file an application for such costs and expenses.

AND IT IS FURTHER ORDERED that nothing herein shall preclude the United States from seeking a further adjudication of contempt should respondent not appear and testify before IRS Agent Barker or other such Agent concerning the Service's examination of Berlin.

_____
THOMAS F. HOGAN
Chief Judge