IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> U.S. Department of Justice, Tax Division : <br> P.O. Box 227 : <br> Washington, D.C. 20044 : <br> : <br> Petitioner, : <br> : <br> v. : Misc. Case No. 06-170 <br> : <br> PHILIP D. BERLIN : Judge:   Hon.  Thomas F. Hogan <br> Respondent. : <br> : | |

## DECLARATION OF CHARLES M. FLESCH

I, CHARLES M. FLESCH, declare:

1. I am employed as a trial attorney by the Tax Division of the U.S. Department of Justice, and work in Washington, D.C. I am assigned responsibility for the case captioned above.

2. Immediately following the July 20, 2006 argument before the Court, respondent's counsel, Michael Durney, produced eight redacted credit card statements and a copy of respondent's expired passport. Durney advised that the redactions were made under the Fifth Amendment. I requested and Durney agreed to provide a privilege log as to what was redacted and the basis for the redactions.

3. I memorialized Durney's agreement in a letter dated July 20, 2006, a copy of which is attached hereto as Exhibit 1.

4. Attached hereto are copies of the following additional documents:

    a. Durney's July 24, 2006 letter, with privilege log and eight redacted statements attached thereto (collectively Ex. 2);[1]

    b. My letter dated July 25, 2006 to Durney (Ex. 3);

    c. Durney's August 1, 2006 letter (Ex. 4.)

    5. On August 1, 2006, after reading Durney's letter, I telephoned him to again try to have Berlin produce the unredacted credit card statements. I read Durney's statements made at the July 20, 2006 oral argument to him. (*See* 7/20/06 Tr. at 3-4, 16-17.) I also repeated that in the United States' view, Berlin has an obligation to produce the balance of the summonsed records as ordered by the Court. Durney advised that his position was unchanged.

    I declare the foregoing to be true and correct subject to the penalty of perjury. 28 U.S.C. § 1746(2). Executed this 15 day of August 2006, in Washington, D.C.

                                            */s/ Charles M. Flesch*
                                            CHARLES M. FLESCH

---

[1] I also partially redacted the credit card number on the privilege log and statements to protect respondent's privacy for purposes of this filing. My redactions are indicated with a bracket "[ ]" on the documents.