



**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

---

EJO'C:DAH:CMFlesch  
5-16-3895  
CMN 2005102380

*Post Office Box 227*  
*Washington, DC 20044*

*Telephone: (202) 307-6635*  
*Telecopier: (202) 514-6866*

July 20, 2006

VIA FAX 202-965-7745 & FIRST CLASS MAIL

Michael C. Durney, Esq.  
1072 Thomas Jefferson Street, N.W.  
Washington, D.C. 20007

      Re: United States v. Philip Berlin  
          Misc. 06-170   (USDC D.D.C.)

Dear Mr. Durney:

    This letter will confirm that after the hearing this morning, you handed me 8 redacted statements relating to Philip Berlin's offshore MasterCard credit card for the periods January-April, July, August, November and December 2002. You also gave me a copy of Berlin's expired passport.

    You agreed to provide this office, by July 27, 2006, with a privilege log regarding the redacted information on the credit card statements, advising what has been redacted and the reason for the redaction.

    Please be advised, however, the United States contends that Berlin may not redact information, such as the name of the bank, on the credit card statements. There is no valid Fifth Amendment objection to the contents of the records. In any event, we await the privilege log and will take further action as we deem appropriate. Further, it is the United States' position that Berlin is required to produce the balance of the credit card statements for 2002, and all statements for 2000-2001. Moreover, Berlin is required to produce records reflecting payments to the credit card as well as the card itself.

    In connection with your request that Berlin's personal appearance before Agent Barker not be scheduled until after September 15, 2006, because Berlin is presently in London, please be advised that the request has been taken under advisement. We will respond to your request shortly.

- 2 -

Thank you for your cooperation in this matter.

Sincerely yours,

CHARLES M. FLESCH
Trial Attorney
Civil Trial Section, Eastern Region

cc: Tammy S. Barker
Revenue Agent, IRS
500 N Capital Street, #2109
Washington, D.C. 20221

Lindsey D. Stellwagen, Esq.
Special Counsel (International/SBSE)
Internal Revenue Service
Office of Chief Counsel
950 L'Enfant Plaza, Third Floor
Washington, D.C. 20026
(CC:SB:2:WAS:3: GL-148667-05)