

# MICHAEL C. DURNEY
## LAW OFFICES

1072 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, D.C. 20007

(202) 965-7744   FAX: (202) 965-7745
EMAIL: MCD@MDURNEY.COM

*Flesch 0832*

*RECEIVED*
*CTS. EASTERN REGION*
*TAX DIVISION*
*2006 JUL 25 PM 3: 54*

July 24, 2006

**VIA FAX AND USPS**

Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227 Ben Franklin Station
Washington, D.C. 20044

      Re: *United States v. Philip D. Berlin*
         USDC DC Case No. 1:06 MS-00170

Dear Mr. Flesch:

Pursuant to your request, I am sending herewith a privilege log relating to the eight redacted MasterCard statements furnished to you today pursuant to Chief Judge Hogan's summons enforcement order.

                                         Sincerely yours,

                                         MICHAEL C. DURNEY

enclosures

cc: Philip D. Berlin
    Duncan H. Cameron, Esquire

*20051023D*

## UNITED STATES v. PHILIP D. BERLIN
### PRIVILEGE LOG
Master Card Statements; Account 5400 54▮▮▮▮ ▮▮▮▮ 4673

| Statement Date | Item Number | Description |
|---|---|---|
| 20/01/2002 | 1 | Name of bank |
| 20/01/2002 | 2 | Unknown reference number |
| 20/01/2002 | 3 | Unknown bar code |
| 20/01/2002 | 4 | Unknown bar code |
| 20/01/2002 | 5 | Bank information |
| 23/02/2002 | 1 | Name of bank |
| 23/02/2002 | 2 | Unknown reference number |
| 23/02/2002 | 3 | Unknown bar code |
| 23/02/2002 | 4 | Unknown bar code |
| 23/02/2002 | 5 | Bank information |
| 23/03/2002 | 1 | Name of bank |
| 23/03/2002 | 2 | Unknown reference number |
| 23/03/2002 | 3 | Unknown bar code |
| 23/03/2002 | 4 | Unknown bar code |
| 23/03/2002 | 5 | Bank information |
| 20/04/2002 | 1 | Name of bank |
| 20/04/2002 | 2 | Unknown reference number |
| 20/04/2002 | 3 | Unknown bar code |
| 20/04/2002 | 4 | Unknown bar code |
| 20/04/2002 | 5 | Unknown bar code |
| 20/04/2002 | 6 | Bank information |
| 20/07/2002 | 1 | Name of bank |
| 20/07/2002 | 2 | Unknown reference number |
| 20/07/2002 | 3 | Unknown bar code |
| 20/07/2002 | 4 | Unknown bar code |
| 20/07/2002 | 5 | Unknown bar code |
| 20/07/2002 | 6 | Bank information |
| 24/08/2002 | 1 | Name of bank |
| 24/08/2002 | 2 | Unknown reference number |
| 24/08/2002 | 3 | Unknown bar code |
| 24/08/2002 | 4 | Unknown bar code |
| 24/08/2002 | 5 | Unknown bar code |
| 24/08/2002 | 6 | Bank information |
| 23/11/2002 | 1 | Name of bank |
| 23/11/2002 | 2 | Unknown reference number |
| 23/11/2002 | 3 | Unknown bar code |
| 23/11/2002 | 4 | Unknown bar code |
| 23/11/2002 | 5 | Unknown bar code |
| 23/11/2002 | 6 | Bank information |
| 14/12/2002 | 1 | Name of bank |
| 14/12/2002 | 2 | Unknown reference number |
| 14/12/2002 | 3 | Unknown bar code |
| 14/12/2002 | 4 | Unknown bar code |
| 14/12/2002 | 5 | Unknown bar code |
| 14/12/2002 | 6 | Bank information |

**VISA**                                             **MasterCard**

Limite d'utilisation / Kreditlinie / Credit limit   15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW   1610

USA-20007 WASHINGTON DC
UNITED STATES

# EUROCARD

| Date transaction<br>Transaktionsdatum<br>Transaction date | Date établissement<br>Buchungsdatum<br>Booking date | Description | Localité<br>Ort<br>Place | Montant en devises<br>Währungsbetrag<br>Currency amount | Montant<br>EUR |
|---|---|---|---|---|---|

Relevé au / Auszug vom / Statement dated   20/01/2002   Folio 01

OPERATIONS CARTE EUROCARD NUMERO 5400 54██████4673

| 26/12/01 | 27/12/01 | IKEA WASHINGTON | WOODBRIDGE | 439,41 USD | -509,06 |
| 29/12/01 | 03/01/02 | RESTORATION HARDWARE # | WASHINGTON | 29,61 USD | -34,12 |
| 04/01/02 | 07/01/02 | IKEA CATALOG | BALTIMORE | 227,28 USD | -257,15 |
|  |  | TOTAL CARTE(S) |  |  | -800,33 |

NOUVEAU SOLDE                                                          -800,33

LE MONTANT DE 800,33 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 30/01/2002

DATE DE LA PROCHAINE CLOTURE 23/02/2002

MR BERLIN PHILIP

33RD STREET NW   1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Limite d'utilisation / Kreditlinie / Credit limit: 15.000,00 EUR

Relevé au / Auszug vom / Statement dated   23/02/2002   Folio 01

| Date transaction / Transaktionsdatum / Transaction date | Date traitement / Buchungsdatum / Booking date | Description de l'opération / Erklärung / Description | Localité / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant / Betrag / Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE MASTERCARD NUMERO 5400 54██████4673 | | | |
| 23/01/02 | 25/01/02 | FRESH FIELDS #062 | WASHINGTON | 59,25 USD | -68,29 |
| 29/01/02 | 30/01/02 | POTOMAC WINES & SPIRIT | GEORGETOWN | 288,24 USD | -339,88 |
| | | TOTAL CARTE(S) | | | -408,17 |

**TOTAL NOUVEAU SOLDE**   -408,17

LE MONTANT DE 408,17 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 06/03/2002

DATE DE LA PROCHAINE CLOTURE 23/03/2002



MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

# MASTERCARD

Relevé au / Auszug vom / Statement dated  **23/03/2002**  Folio **01**

| Date transaction / Transaktionsdatum / Transaction date | Date règlement / Buchungsdatum / Booking date | Description de l'opération / Erläuterung / Description | Lieu / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant / Betrag / Amount EUR |
|---|---|---|---|---|---|

OPERATIONS CARTE MASTERCARD NUMERO 5400 544673

| | | | | | |
|---|---|---|---|---|---|
| 26/02/02 | 28/02/02 | CYNTHIA REED CTD | WASHINGTON | 156,51 USD | -183,75 |
| 26/02/02 | 28/02/02 | CYNTHIA REED CTD | WASHINGTON | 164,97 USD | -193,69 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 179,38 USD | -210,50 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 200,00 USD | -234,70 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 200,00 USD | -234,70 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 500,00 USD | -586,77 |
| 07/03/02 | 08/03/02 | POTOMAC WINES & SPIRIT | GEORGETOWN | 155,39 USD | -179,89 |
| 07/03/02 | 08/03/02 | POTOMAC WINES & SPIRIT | GEORGETOWN | 359,79 USD | -416,53 |
| | | TOTAL CARTE(S) | | | -2 240,53 |

LE MONTANT DE 2 240,53 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 03/04/2002

DATE DE LA PROCHAINE CLOTURE 20/04/2002

 

A indiquer en cas de remboursements complémentaires / Bei Zusatz-
zahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference:

Limite d'utilisation / Kreditlinie / Credit limit:  15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES



# MASTERCARD

Relevé au / Auszug vom / Statement dated  20/04/2002   Folio 01

| Date transaction / Transaktionsdatum / Transaction date | Date traitement / Buchungsdatum / Booking date | Description de l'opération / Erklärung / Description | Localité / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant Betrag Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE MASTERCARD NUMERO 5400 54■■ ■■4673 | | | |
| 22/03/02 | 25/03/02 | DESIGN WITHIN REACH | 800-944-2233 | 314,88 USD | -363,26 |
| | | TOTAL CARTE(S) | | | -363,26 |

TOTAL NOUVEAU SOLDE                                                                 -363,26

LE MONTANT DE 363,26 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 02/05/2002

DATE DE LA PROCHAINE CLOTURE 25/05/2002



A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference:

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW   1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

| Date transaction<br>Transaktionsdatum<br>Transaction date | Date traitement<br>Buchungsdatum<br>Booking date | Description de l'opération<br>Erklärung<br>Description | Localité<br>Ort<br>Place | Relevé au / Auszug vom / Statement dated 20/07/2002 | Folio 01 | |
|---|---|---|---|---|---|---|
| | | | | Montant en devises<br>Währungsbetrag<br>Currency amount | Montant<br>Betrag<br>Amount | EUR |

OPERATIONS CARTE MASTERCARD NUMERO 5400 54[●●]4673

| 01/07/02 | 14/07/02 | COTISATION CARTE | | | -9,92 |
| | | TOTAL CARTE(S) | | | -9,92 |

**TOTAL NOUVEAU SOLDE** -9,92

LE MONTANT DE 9,92 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 31/07/2002

DATE DE LA PROCHAINE CLOTURE 24/08/2002



0000010010

A Indiquer en cas de remboursements complémentaires / Bei Zusatz-
zahlungen bitte angeben / For additional repayments, please indicate:

Compte /
Konto / Account:

Référence /
Referenz / Reference: 2

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

3

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

4

# MASTERCARD

| Date transaction<br>Transaktionsdatum<br>Transaction date | Date traitement<br>Buchungsdatum<br>Booking date | Description de l'opération<br>Erklärung<br>Description | Localité<br>Ort<br>Place | Montant en devises<br>Währungsbetrag<br>Currency amount | Montant<br>Betrag EUR<br>Amount |
|---|---|---|---|---|---|

Relevé au / Auszug vom / Statement dated 24/08/2002    Folio 01

OPERATIONS CARTE MASTERCARD NUMERO 5400 54    4673

| 19/08/02 | 20/08/02 | MARTIN RANDALL | LONDON W4 | 150,00 GBP | -236,57 |
|  |  | TOTAL CARTE(S) |  |  | -236,57 |

**TOTAL NOUVEAU SOLDE**                                                                 **-236,57**

LE MONTANT DE 236,57 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 04/09/2002

DATE DE LA PROCHAINE CLOTURE 21/09/2002

5

6





A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference:

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW   1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated  23/11/2002   Folio  01

| Date transaction / Transaktionsdatum / Transaction date | Date traitement / Buchungsdatum / Booking date | Description de l'opération / Erklärung / Description | Localité / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant / Betrag / Amount EUR |
|---|---|---|---|---|---|
| OPERATIONS CARTE MASTERCARD NUMERO 5400 54XX XXXX 4673 | | | | | |
| 18/10/02 | 21/10/02 | HOME FROM HOME MAN | LONDON | 330,00 GBP | -529,98 |
| 31/10/02 | 01/11/02 | HOME FROM HOME MAN | LONDON | 1 392,03 GBP | -2 220,38 |
| | | TOTAL CARTE(S) | | | -2 750,36 |

**TOTAL NOUVEAU SOLDE** -2 750,36

LE MONTANT DE 2 750,36 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX IBAN LU11 0080 0917 9000 1003 LE 04/12/2002

DATE DE LA PROCHAINE CLOTURE 14/12/2002





Limite d'utilisation / Kreditlimie / Credit limit:

MR BERLIN PHILIP

33RD STREET NW   1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated   14/12/2002   Folio  01

| Date transaction<br>Transaktionsdatum<br>Transaction date | Date traitement<br>Buchungsdatum<br>Booking date | Description de l'opération<br>Erklärung<br>Description | Localité<br>Ort<br>Place | Montant en devises<br>Währungsbetrag<br>Currency amount | Montant<br>Betrag<br>Amount EUR |
|---|---|---|---|---|---|

OPERATIONS CARTE MASTERCARD NUMERO 5400 54██ ██4673

| | | | | | |
|---|---|---|---|---|---|
| 28/11/02 | 29/11/02 | MARTIN RANDALL | LONDON W4 | 1 350,00 GBP | -2 124,83 |
| 10/12/02 | 11/12/02 | WATERSTONES | LONDON | 12,99 GBP | -20,42 |
| 10/12/02 | 11/12/02 | WAITROSE | KINGS ROAD | 24,68 GBP | -38,80 |
| 10/12/02 | 12/12/02 | GATWICK EXPRESS | GATWICK | 42,00 GBP | -66,06 |
| 10/12/02 | 11/12/02 | BARCLAYS BANK PLC | NORTH TERMIN | 400,00 GBP | -628,99 |
| | | FRAIS SUR CASH | | | -14,44 |
| 10/12/02 | 12/12/02 | BLUEBIRD - CONRAN | LONDON SW3 | 36,44 GBP | -57,32 |
| 12/12/02 | 13/12/02 | JOANNA BOOTH | LONDON SW3 | 630,00 GBP | -986,97 |
| | | TOTAL CARTE(S) | | | -3 937,83 |

TOTAL NOUVEAU SOLDE

LE MONTANT DE 3 937,83 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX IBAN LU11 0080 0917 9000 1003 LE 27/12/2002

DATE DE LA PROCHAINE CLOTURE 18/01/2003

LA DIRECTION ET LE PERSONNEL DE VOTRE BANQUE ET DE CETREL CARD SERVICES VOUS SOUHAITENT
DE JOYEUSES FETES ET UNE HEUREUSE ANNEE 2003

Case 1:06-mc-00170-TFH    Document 15-3    Filed 08/15/2006    Page 12 of 12