



**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

---

EJO'C:DAH:CMFlesch  
5-16-3895  
CMN 2005102380

*Post Office Box 227*  
*Washington, DC 20044*

*Telephone: (202) 307-6635*  
*Telecopier: (202) 514-6866*

July 25, 2006

<u>VIA FAX 202-965-7745 & FIRST CLASS MAIL</u>

Michael C. Durney, Esq.  
1072 Thomas Jefferson Street, N.W.  
Washington, D.C. 20007

      Re: <u>United States v. Philip Berlin</u>  
          <u>Misc. 06-170   (USDC D.D.C.)</u>

Dear Mr. Durney:

    We acknowledge receipt of your letter, dated July 24, 2006, and privilege log regarding the 8 redacted statements relating to Philip Berlin's offshore MasterCard credit card for the periods January-April, July, August, November and December 2002. The privilege log does not identify the basis for the redactions, but we assume, based on your statement to me after the hearing last week, that the redactions were made under the Fifth Amendment.

    As stated in my July 20, 2006 letter, Berlin may not redact information, such as the name of the bank, on the credit card statements. There is no valid Fifth Amendment objection to the contents of the credit card records. *See Doe v. United States*, 487 U.S. 201 (1988) ("It is undisputed that the contents of the foreign bank records sought by the Government are not privileged under the Fifth Amendment.") (citing *Braswell v. United States*, 487 U.S. 99, 108-110 (1988); *United States v. Doe*, 465 U.S. 605 (1984); *Fisher v. United States*, 425 U.S. 391 (1976)). Accordingly, if the unredacted copies of the credit card statements are not produced by *July 31, 2006*, we will bring this to the attention of the Court by way of a motion for contempt for Berlin's violation of last week's order enforcing the summonses.

    Further, pursuant to the Court's July 20, 2006 Order enforcing the summons, Berlin is required to produce the balance of the credit card statements for 2002, and all statements for 2000-2001. Moreover, Berlin is required to produce records reflecting payments to the credit card as well as the card itself.

    In connection with your request that Berlin's personal appearance before Agent Barker not be scheduled until after September 15, 2006, because Berlin is presently in London, please be advised that the Service is amenable to having Berlin personally appear after September 15, 2006.

    Accordingly, IRS Agent Barker has authorized me to communicate the following schedule to

- 2 -

you:

    (1)  On or before August 30, 2006, Berlin is requested to forward directly to Agent Barker (at her address set forth below) unredacted copies of the balance of the credit card statements for 2002, and all statements for 2000-2001.  Moreover, Berlin is required to produce records reflecting payments to the credit card as well as the card itself (or an unredacted copy, front and back).

    (2) Berlin is to personally appear before Agent Barker, at her office, on September 19, 2006, at 10:00 a.m.

In the meantime, as stated above, Berlin is to forward to this office unredacted copies of the 8 MasterCard credit card statements by July 31, 2006.

Thank you for your anticipated cooperation in this matter.

Sincerely yours,

CHARLES M. FLESCH
Trial Attorney
Civil Trial Section, Eastern Region


cc:    Tammy S. Barker
    Revenue Agent, IRS
    500 N Capital Street, #2109
    Washington, D.C. 20221

    Lindsey D. Stellwagen, Esq.
    Special Counsel (International/SBSE)
    Internal Revenue Service
    Office of Chief Counsel
    950 L'Enfant Plaza, Third Floor
    Washington, D.C. 20026
    (CC:SB:2:WAS:3: GL-148667-05)