

# MICHAEL C. DURNEY
## LAW OFFICES

1072 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, D.C. 20007

(202) 965-7744     FAX: (202) 965-7745
EMAIL: MCD@MDURNEY.COM

August 1, 2006

**VIA FAX AND USPS**
Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227 Ben Franklin Station
Washington, D.C. 20044

Re: *United States v. Philip D. Berlin;* USDC DC *Case No. 1:06 MS-00170*

Dear Mr. Flesch:

This is in response to your letter of July 25, 2006, regarding the above-referenced matter; I was out of town last week and am only now in a position to so respond.

As we advised both you and the Court at the July 20, 2006, Show Cause hearing, we believe that under *Norwood,* 420 F.3d 888 (8th Cir. 2005), Mr. Berlin cannot be compelled to produce any information beyond the scope of the government's knowledge, *i.e.,* credit card usage. The redactions in the records produced to you pursuant to the Court's enforcement order are consistent with this right of Mr. Berlin.

With respect to any other records responsive to the enforcement order, as we again advised both you and the Court, Mr. Berlin has produced all records in his possession, custody, and/or control.

With respect to the suggested appearance date of September 19, 2006, at 10:00 a.m., before Revenue Agent Barker, Mr. Berlin will be there. We appreciate your consideration in accommodating Mr. Berlin's travel schedule.

Sincerely yours,

MICHAEL C. DURNEY

cc: Philip D. Berlin
    Duncan H. Cameron, Esquire