IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br>　　　　　　　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Misc. Case No. 06-170<br>:<br>: Judge:　　Hon. Thomas F. Hogan<br>:<br>: |

CERTIFICATE OF SERVICE

　　IT IS HEREBY CERTIFIED that true and correct copies of the following:

　　1.  UNITED STATES' MOTION FOR AN ADJUDICATION OF CONTEMPT OF RESPONDENT AND FOR INCARCERATION OR FINE;

　　2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNITED STATES' FIRST MOTION FOR AN ADJUDICATION OF CONTEMPT OF RESPONDENT AND FOR INCARCERATION OR FINE;

　　3. DECLARATION OF CHARLES M. FLESCH;

　　4. (Proposed) ORDER; and

　　5.  this CERTIFICATE OF SERVICE,

were served this 15 day of August 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, which will electronically transmit them to respondent's counsel:

Michael C. Durney, Esq.
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

>	*/s/ Charles M. Flesch*
>	CHARLES M. FLESCH
>	Trial Attorney, Tax Division
>	U.S. Department of Justice