IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>           Plaintiff,                              )<br>                                                            )     Case No. 1:06 MS-00170<br>           vs.                                         )<br>                                                            )<br>PHILIP D. BERLIN,                            )     Judge: Hon. Thomas F. Hogan<br>                                                            )<br>           RESPONDENT.                     )<br>                                                            ) | |

OPPOSITION OF PHILIP D. BERLIN TO
UNITED STATES' MOTION FOR AN ADJUDICATION OF CONTEMPT OF
RESPONDENT AND FOR INCARCERATION OR FINE

RESPONDENT, Philip D. Berlin, by his undersigned attorneys, opposes the Motion of the United States for an Adjudication of Contempt or Respondent and for Incarceration or Fine for the reasons set forth in Respondent's memorandum of points and authorities submitted herewith. A proposed order is also submitted herewith.

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

OPPOSITION OF PHILIP D. BERLIN TO UNITED STATES'
MOTION FOR ADJUDICATION OF CONTEMPT
Case No. 1:06 MS-00170

- 1 -

Dated:    August 28, 2006        Respectfully submitted,

                                                MICHAEL C. DURNEY

/s/ Michael C. Durney
_____
LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
(202) 965-7744
FAX: 202 965-7745
D.C. Bar No. 111872
Email:  mcd@mdurney.com


DUNCAN H. CAMERON


/s/ Duncan H. Cameron
_____
CAMERON & HORNBOSTEL, LLP
818 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 393-4690
FAX: 202 293-1877
D.C. Bar No.173146
Email: dcameron@cameron-hornbostel.com

Attorneys for Respondent

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

OPPOSITION OF PHILIP D. BERLIN TO UNITED STATES'
MOTION FOR ADJUDICATION OF CONTEMPT
Case No. 1:06 MS-00170

- 2 -