IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:06 MS-00170 |
| PHILIP D. BERLIN, | ) Judge: Hon. Thomas F. Hogan |
| RESPONDENT. | ) |

ORDER DENYING MOTION TO ADJUDICATE RESPONDENT IN CONTEMPT

The Court, having considered the Motion of the United States to Adjudicate Respondent in Contempt, hereby finds that there Respondent is not in contempt of any order of this Court.  Accordingly, IT IS HEREBY ORDERED:

1. The Motion to Adjudicate Respondent in Contempt is DENIED.

2. Respondent may recover its costs and expenses incurred, including legal fees, in defending this motion, in an amount to be determined by the Court. Respondent shall have 30 days within which to file an application for such costs and expenses.

_____
THOMAS F. HOGAN
Chief Judge