# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 MS-00170 |
| vs. ) | |
| ) | |
| PHILIP D. BERLIN, ) | Judge: Hon. Thomas F. Hogan |
| ) | |
| RESPONDENT. ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that true and correct copies of the following:

1. OPPOSITION OF PHILIP D. BERLIN TO UNITED STATES' MOTION FOR AN ADJUDICATION OF CONTEMPT OF RESPONDENT AND FOR INCARCERATION OR FINE;
2. MEMORANDUM IN SUPPORT OF OPPOSITION TO UNITED STATES' MOTION FOR AN ADJUDICATION OF CONTEMPT OF RESPONDENT AND FOR INCARCERATION OR FINE;
3. ORDER DENYING MOTION TO ADJUDICATE RESPONDENT IN CONTEMPT, and
4. CERTIFICATE OF SERVICE

were served this 28th day of August 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, and by electronic mail to:

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

OPPOSITION OF PHILIP D. BERLIN TO UNITED STATES'
MOTION FOR ADJUDICATION OF CONTEMPT
Case No. 1:06 MS-00170

- 1 -

Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227  Ben Franklin Station
Washington, D.C. 20044
Email: charles.m.flesch@ usdoj.gov

Attorney for Plaintiff


                    /s/ Michael C. Durney
                    _____
                    Michael C. Durney

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 2 -

OPPOSITION OF PHILIP D. BERLIN TO UNITED STATES'
MOTION FOR ADJUDICATION OF CONTEMPT
Case No. 1:06 MS-00170