IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>           Plaintiff,                           )<br>                                                    )   Case No. 1:06 MS-00170<br>       vs.                                        )<br>                                                    )<br>PHILIP D. BERLIN,                     )   Judge: Hon. Thomas F. Hogan<br>                                                    )<br>           RESPONDENT.               )<br>                                                    )<br>                                                    )<br>                                                    )<br>                                                    )<br>                                                    )<br>                                                    ) | |

REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM
OPINION AND ORDER DATED SEPTEMBER 14, 2006

   RESPONDENT, Philip D. Berlin, by his undersigned attorneys, pursuant to the

Memorandum and Order of the Court dated September 14, 2006, hereby reports as to his

compliance with the Order.

   On September 19, 2006, Respondent appeared before Revenue Agent Tammy S.

Barker. Pursuant to the Court's Order, Respondent produced all records in his possession,

custody or control, responsive to the two summonses subject to the Court's Order,

specifically, unredacted versions of eight MasterCard credit card statements from 2002.

These statements were attached as Exhibit 3 to Respondent's deposition taken by Revenue

Agent Barker and are appended hereto as Attachment A.

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

- 1 -

Additionally, Respondent produced (1) a copy of a letter that was mailed electronically on September 15, 2006, by Respondent to the Banque de Luxembourg requesting a copy of all records responsive to the two summonses (attached as Exhibit 6 to Respondent's deposition, and appended hereto as Attachment B), and (2) a copy of the same letter that was sent by FedEx to the Banque de Luxembourg on September 16, 2006 (a copy of which and the associated FedEx International Air Waybill were attached as Exhibit 7 to Respondent's deposition, and appended hereto as Attachment C). A transcript of Respondent's deposition taken by Revenue Agent Barker is being prepared by the court reporter.

In his appearance before Revenue Agent Barker, Respondent testified that the only records he had in his possession, custody, or control, that were responsive to the two summonses were the eight MasterCard statements for 2002 (Attachment A). These eight statements were produced in unredacted form as directed by the Court. Respondent testified that he routinely discarded such statements shortly after receipt and that at the time the two summonses were served on him, he only had the eight statements produced herein. He also stated that he did not have the credit card in question, or any records reflecting payment of charges to the MasterCard credit card. It was further stated on the record that immediately upon receipt of the Court's Order of September 14, 2006, Respondent's counsel sent to Respondent on September 14, 2006, by electronic mail a copy of the Order and the advice to immediately request of the Banque de Luxembourg a copy of the records responsive to the two summonses. Respondent was in London on September 14, 2006, and first opened counsel's email on his return home to Washington, D.C., on the afternoon of September 15, 2006. As advised by counsel, Respondent sent the letter to the Banque de Luxembourg by electronic mail at 7:55 p.m. on September 15, 2006

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 2 -

REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

(Attachment B), and the next day sent by FedEx the same letter request to the Banque de Luxembourg (Attachment C).

As directed by the Court, Respondent appeared before Revenue Agent Barker, testified as to the extent of his possession of records responsive to the two summonses, and set out his reasonable, good-faith efforts to obtain such records.  Respondent has not refused to comply with any aspect of the Court's Order.  Respondent declined to testify only as to matters unrelated to the production of these summonsed records based on his rights under the Fifth Amendment, and did so specifically as to each question asked of him.

In *United States v. Plath,* 2003 WL 23138778, 2003 U.S. Dist. LEXIS 1619; 2003-2 U.S. Tax Cas. (CCH) P50,729; 93 A.F.T.R.2d (RIA) 981  (S.D. Fla. 2003), cited in the Court's September 14, 2006, Order, the taxpayer was found to be in contempt when he "failed to use any efforts to contact" the issuing bank.  In *United States v. Rylander*, 460 U.S. 752 (1983), also cited by the Court,  a corporate president was found to be in contempt when he refused to testify as to his possession of summonsed corporate records.  In this case, Respondent has both requested the summonsed records be produced by the Banque de Luxembourg and has testified before Revenue Agent Barker as to his lack of possession of the records.  Respondent respectfully submits that he is in full compliance with the Order of the Court as to the production of records responsive to the two summonses.

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 3 -

REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

Dated: September 19, 2006     Respectfully submitted,

MICHAEL C. DURNEY

/s/ Michael C. Durney
_____
LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
(202) 965-7744
 FAX: 202 965-7745
 D.C. Bar No. 111872
 Email:  mcd@mdurney.com

DUNCAN H. CAMERON

/s/ Duncan H. Cameron
_____
CAMERON & HORNBOSTEL, LLP
818 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 393-4690
FAX: 202 293-1877
D.C. Bar No.173146
Email: dcameron@cameron-hornbostel.com

Attorneys for Respondent

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 4 -

REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170



# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursement complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

## EUROCARD

Relevé au / Auszug vom / Statement dated  20/01/2002   Folio 01

| Date transaction / Transaktionsdatum / Transaction date | Date traitement / Buchungsdatum / Booking date | Description de l'opération / Erklärung / Description | Localité / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant / Betrag / Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE EUROCARD NUMERO 5400 5474 8705 4673 | | | |
| 26/12/01 | 27/12/01 | IKEA WASHINGTON | WOODBRIDGE | 439,41 USD | -509,06 |
| 29/12/01 | 03/01/02 | RESTORATION HARDWARE # | WASHINGTON | 29,61 USD | -34,12 |
| 04/01/02 | 07/01/02 | IKEA CATALOG | BALTIMORE | 227,28 USD | -257,15 |
| | | TOTAL CARTE(S) | | | -800,33 |
| | | TOTAL NOUVEAU SOLDE | | | -800,33 |

LE MONTANT DE 800,33 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 30/01/2002

DATE DE LA PROCHAINE CLOTURE 23/02/2002



DEPOSITION EXHIBIT 3



Pour tout renseignement complémentaire concernant ce relevé, veuillez vous adresser à / Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an / For additional information on this statement, please contact / Para eventuais informações suplementares em relação a este extracto, queira referir-se a:  CETREL  Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-816
Blocage carte Perte/Vol tél.: 49 10 10

4

# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account.

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated: 23/02/2002   Folio 01

| Date transaction Transaktionsdatum Transaction date | Date traitement Buchungsdatum Booking date | Description de l'opération Erklärung Description | Localité Ort Place | Montant en devises Währungsbetrag Currency amount | Montant Betrag Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673 | | | |
| 23/01/02 | 25/01/02 | FRESH FIELDS #062 | WASHINGTON | 59,25 USD | -68,29 |
| 29/01/02 | 30/01/02 | POTOMAC WINES & SPIRIT | GEORGETOWN | 288,24 USD | -339,88 |
| | | TOTAL CARTE(S) | | | -408,17 |
| | | TOTAL NOUVEAU SOLDE | | | -408,17 |

LE MONTANT DE 408,17 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 06/03/2002

DATE DE LA PROCHAINE CLOTURE 23/03/2002



Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-816
Blocage carte Perte/Vol tél: 49 10 10

# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated: 23/03/2002   Folio 01

| Date transaction Transaktionsdatum Transaction date | Date traitement Buchungsdatum Booking date | Description de l'opération Erklärung Description | Localité Ort Place | Montant en devises Währungsbetrag Currency amount | Montant Betrag Amount EUR |
|---|---|---|---|---|---|

OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673

| 26/02/02 | 28/02/02 | CYNTHIA REED CTD | WASHINGTON | 156,51 USD | -183,75 |
| 26/02/02 | 28/02/02 | CYNTHIA REED CTD | WASHINGTON | 164,97 USD | -193,69 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 179,38 USD | -210,50 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 200,00 USD | -234,70 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 200,00 USD | -234,70 |
| 27/02/02 | 01/03/02 | RAINBOW-CARSTAR | WASHINGTON | 500,00 USD | -586,77 |
| 07/03/02 | 08/03/02 | POTOMAC WINES & SPIRIT | GEORGETOWN | 155,39 USD | -179,89 |
| 07/03/02 | 08/03/02 | POTOMAC WINES & SPIRIT | GEORGETOWN | 359,79 USD | -416,53 |
|  |  | TOTAL CARTE(S) |  |  | -2 240,53 |

**TOTAL NOUVEAU SOLDE**   -2 240,53

LE MONTANT DE 2 240,53 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 03/04/2002

DATE DE LA PROCHAINE CLOTURE 20/04/2002



Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-306
Blocage carte Perte/Vol tél.: 49 10 10



# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated  20/04/2002   Folio 01

| Date transaction / Transaktionsdatum / Transaction date | Date traitement / Buchungsdatum / Booking date | Description de l'opération / Erklärung / Description | Localité / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant / Betrag / Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673 | | | |
| 22/03/02 | 25/03/02 | DESIGN WITHIN REACH | 800-944-2233 | 314,88 USD | -363,26 |
| | | TOTAL CARTE(S) | | | -363,26 |
| | | TOTAL NOUVEAU SOLDE | | | -363,26 |

LE MONTANT DE 363,26 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 02/05/2002

DATE DE LA PROCHAINE CLOTURE 25/05/2002



Pour tout renseignement complémentaire concernant ce relevé, veuillez vous adresser à :
Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an:
For additional information on this statement, please contact:
Para eventuais informações suplementares em ralação a este extracto, queira referir-se a:

CETREL
www.cetrel.lu

Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-816
Blocage carte Perte/Vol tél.: 49 10 10 (uniquement par téléphone)

Voir informations au verso / Erste Information auf der Rückseite beachten / see more information overleaf / consultar informações no verso




# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW   1610

USA-20007 WASHINGTON DC
UNITED STATES



## MASTERCARD

Relevé au / Auszug vom / Statement dated: 20/07/2002   Folio 01

| Date transaction Transaktionsdatum Transaction date | Date traitement Buchungsdatum Booking date | Description de l'opération Erklärung Description | Localité Ort Place | Montant en devises Währungsbetrag Currency amount | Montant Betrag Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673 | | | |
| 01/07/02 | 14/07/02 | COTISATION CARTE | | | -9,92 |
| | | TOTAL CARTE(S) | | | -9,92 |
| | | TOTAL NOUVEAU SOLDE | | | -9,92 |

LE MONTANT DE 9,92 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 31/07/2002

DATE DE LA PROCHAINE CLOTURE 24/08/2002



Pour tout renseignement complémentaire concernant ce relevé, veuillez vous adresser à:
Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an:
For additional information on this statement, please contact:
Para eventuais informações suplementares em relação a este extracto, queira referir-se a:

Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-816
Blocage carte Perte/Vol tél.: 49 10 10 (uniquement par téléphone)

www.cetrel.lu



# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated  24/08/2002   Folio 01

| Date transaction Transaktionsdatum Transaction date | Date traitement Buchungsdatum Booking date | Description de l'opération Erklärung Description | Localité Ort Place | Montant en devises Währungsbetrag Currency amount | Montant Betrag Amount EUR |
|---|---|---|---|---|---|
| | | OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673 | | | |
| 19/08/02 | 20/08/02 | MARTIN RANDALL | LONDON W4 | 150,00 GBP | -236,57 |
| | | TOTAL CARTE(S) | | | -236,57 |
| | | TOTAL NOUVEAU SOLDE | | | -236,57 |

LE MONTANT DE 236,57 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/056/ LE 04/09/2002

DATE DE LA PROCHAINE CLOTURE 21/09/2002



Pour tout renseignement complémentaire concernant ce relevé, veuillez vous adresser à :
Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an:
For additional information on this statement, please contact:
Para eventuais informações suplementares em ralação a este extracto, queira referir-se a:

CETREL
www.cetrel.lu

Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-816
Blocage carte Perte/Vol tél.: 49 10 10 (uniquement par téléphone)

Voir informations au verso / Erklärungen auf der Rückseite beachten / see more information overleaf / consultar informações no verso

 

**BANQUE DE LUXEMBOURG**

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 44132168

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR



## MASTERCARD

Relevé au / Auszug vom / Statement dated  23/11/2002   Folio 01

| Date transaction / Transaktionsdatum / Transaction date | Date traitement / Buchungsdatum / Booking date | Description de l'opération / Erklärung / Description | Localité / Ort / Place | Montant en devises / Währungsbetrag / Currency amount | Montant / Betrag / Amount EUR |
|---|---|---|---|---|---|

OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673

| 18/10/02 | 21/10/02 | HOME FROM HOME MAN | LONDON | 330,00 GBP | -529,98 |
| 31/10/02 | 01/11/02 | HOME FROM HOME MAN | LONDON | 1 392,03 GBP | -2 220,38 |
| | | TOTAL CARTE(S) | | | -2 750,36 |

TOTAL NOUVEAU SOLDE                                          -2 750,36

LE MONTANT DE 2 750,36 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX IBAN LU11 0080 0917 9000 1003 LE 04/12/2002

DATE DE LA PROCHAINE CLOTURE 14/12/2002

Pour tout renseignement complémentaire concernant ce relevé, veuillez vous adresser à :
Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an:
For additional information on this statement, please contact:
Para eventuais informações suplementares em ralação a este extracto, queira referir-se a:

CETREL  www.cetrel.lu

Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-816
Blocage carte Perte/Vol tél.: 49 10 10 (uniquement par téléphone)



# BANQUE DE LUXEMBOURG

A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 44132168

Limite d'utilisation / Kreditlinie / Credit limit: 15 000,00 EUR

MR BERLIN PHILIP

33RD STREET NW  1610

USA-20007 WASHINGTON DC
UNITED STATES

## MASTERCARD

Relevé au / Auszug vom / Statement dated: 14/12/2002    Folio 01

| Date transaction<br>Transaktionsdatum<br>Transaction date | Date traitement<br>Buchungsdatum<br>Booking date | Description de l'opération<br>Erklärung<br>Description | Localité<br>Ort<br>Place | Montant en devises<br>Währungsbetrag<br>Currency amount | Montant<br>Betrag<br>Amount | EUR |
|---|---|---|---|---|---|---|

OPERATIONS CARTE MASTERCARD NUMERO 5400 5474 8705 4673

| 28/11/02 | 29/11/02 | MARTIN RANDALL | LONDON W4 | 1 350,00 GBP | -2 124,83 |
| 10/12/02 | 11/12/02 | WATERSTONES | LONDON | 12,99 GBP | -20,42 |
| 10/12/02 | 11/12/02 | WAITROSE | KINGS ROAD | 24,68 GBP | -38,80 |
| 10/12/02 | 12/12/02 | GATWICK EXPRESS | GATWICK | 42,00 GBP | -66,06 |
| 10/12/02 | 11/12/02 | BARCLAYS BANK PLC<br>FRAIS SUR CASH | NORTH TERMIN | 400,00 GBP | -626,99<br>-14,44 |
| 10/12/02 | 12/12/02 | BLUEBIRD - CONRAN | LONDON SW3 | 36,44 GBP | -57,32 |
| 12/12/02 | 13/12/02 | JOANNA BOOTH | LONDON SW3 | 630,00 GBP | -986,97 |
| | | TOTAL CARTE(S) | | | -3 937,83 |

TOTAL NOUVEAU SOLDE            -3 937,83

LE MONTANT DE 3 937,83 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX IBAN LU11 0080 0917 9000 1003 LE 27/12/2002

DATE DE LA PROCHAINE CLOTURE 18/01/2003

LA DIRECTION ET LE PERSONNEL DE VOTRE BANQUE ET DE CETREL CARD SERVICES VOUS SOUHAITENT
DE JOYEUSES FETES ET UNE HEUREUSE ANNEE 2003



Pour tout renseignement complémentaire concernant relevé, veuillez vous adresser à
Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an
For additional information on this statement, please contact
Para eventuais informações suplementares em relação a este extrato, queira oferta-se a

CETREL Card Services L-2956 Luxembourg
Service Clients tél.: 355 66-222  Fax: 355 66 816
Blocage carte Perte/Vol tél.: 49 10 10

Philip Berlin

From: "Philip Berlin" <pdberlin@verizon.net>
To: <banque.de.luxembourg@bdl.lu>
Sent: Friday, September 15, 2006 7:55 PM
Subject: Information Required

<u>VIA FEDEX</u>

Banque de Luxembourg
14, boulevard Royal
L2449 Luxembourg
banque.de.luxembourg@bdl.lu

Ref: Eurocard (MasterCard) Account Number 5400 5474 8705 4673

Dear Sirs:

Would you please be so kind as to send me immediately the following information for the above referenced Eurocard (MasterCard):

1) Full credit card statements for the years 2000 through 2003;

2) a duplicate of the MasterCard credit card; and

3) documents reflecting payment of charges to the MasterCard credit card for the years in question.

Please email and FedEx the information to my attorney, Michael C. Durney (mcd@mdurney.com) at 1072 Thomas Jefferson St., NW, Washington, DC 20007

Yours sincerely,

Philip D. Berlin


DEPOSITION EXHIBIT 6

9/16/2006

# FedEx International Air Waybill

**1 From**

Date: 09/16/06

Sender's Name: Philip D. Berlin
Phone: 202-331-7061
Sender's FedEx Account Number:

Company:

Address: 1610 33rd St, NW

City: Washington     State/Province: DC     ZIP: 20007

Country: US

**2 To**

Recipient's Name:

Company: Banque de Luxembourg

Address: 14, Boulevard Royal

ZIP/Postal Code: L-2449 Luxembourg

Country: Luxembourg

**3 Shipment Information**

Commodity Description: DOCUMENT

Country of Manufacture: USA

Value for Customs: $1.00

Total: 1.00

**4 Express Package Service**
- [X] FedEx Intl. Priority

**5 Packaging**
- [X] FedEx Envelope

**7a Payment — Bill transportation charges to:**
- [X] Sender

**7b Credit Card No.:** 4111 8410 6630 1668
Exp: 05/08

**9 Required Signature**
Sender's Signature: [signed]

FedEx Tracking Number: 8495 7275 4748

DEPOSITION EXHIBIT 7

0402

Philip Berlin

From: "Philip Berlin" <pdberlin@verizon.net>
To: <banque.de.luxembourg@bdl.lu>
Sent: Friday, September 15, 2006 7:55 PM
Subject: Information Required

<u>VIA FEDEX</u>

Banque de Luxembourg
14, boulevard Royal
L2449 Luxembourg
<u>banque.de.luxembourg@bdl.lu</u>

Ref: Eurocard (MasterCard) Account Number 5400 5474 8705 4673

Dear Sirs:

Would you please be so kind as to send me immediately the following information for the above referenced Eurocard (MasterCard):

1) Full credit card statements for the years 2000 through 2003;

2) a duplicate of the MasterCard credit card; and

3) documents reflecting payment of charges to the MasterCard credit card for the years in question.

Please email and FedEx the information to my attorney, Michael C. Durney (<u>mcd@mdurney.com</u>) at 1072 Thomas Jefferson St., NW, Washington, DC 20007

Yours sincerely,

Philip D. Berlin

9/16/2006