IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>          Plaintiff,                          )<br>                                                        )   Case No. 1:06 MS-00170<br>     vs.                                           )<br>                                                        )<br>PHILIP D. BERLIN,                     )   Judge: Hon. Thomas F. Hogan<br>                                                        )<br>          RESPONDENT.               )<br>_____)<br>                                                        )<br>                                                        )<br>                                                        )<br>                                                        )<br>                                                        ) | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that true and correct copies of the following:

1. REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006, and
2. CERTIFICATE OF SERVICE

were served this 19th day of September 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, and by electronic mail to:

Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227  Ben Franklin Station
Washington, D.C. 20044
Email: charles.m.flesch@ usdoj.gov

Attorney for Plaintiff

/s/ Michael C. Durney
_____
Michael C. Durney

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170