IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>          Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br>          Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Misc. Case No. 06-170<br>:<br>: Judge:    Hon. Thomas F. Hogan<br>:<br>: |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the following:

1. UNITED STATES' STATUS REPORT; and

2. this CERTIFICATE OF SERVICE,

were served this 19 day of September 2006, by filing those documents with the Clerk of the

Court under the Court's CM/ECF system, which will electronically transmit them to

respondent's counsel:

Michael C. Durney, Esq.
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007


                        */s/ Charles M. Flesch*
                        CHARLES M. FLESCH
                        Trial Attorney, Tax Division
                        U.S. Department of Justice