UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Department of Justice, Tax Division<br><br>　　　　Petitioner<br>　v.<br><br>PHILIP D. BERLIN,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)　Misc. Case No. 06-0170 (TFH)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

On August 15, 2006, the Government moved for a finding of civil contempt of the Respondent due to his alleged failure to comply with the Court's July 20, 2006 Order Enforcing Internal Revenue Summonses ("July 20, 2006 Order") [dkt. 12]. On September 14, 2006, the Court issued an Order stating that if on September 19, 2006, Respondent did not produce the summonsed documents at his scheduled appearance before the Internal Revenue Agent, he would be in civil contempt for failing to comply with the Court's July 20, 2006 Order [dkt. 23]. Today the parties have informed the Court that Respondent Berlin did appear before Agent Barker to testify and did produce unredacted versions of the 8 credit card statements previously produced in a redacted format. See Status Reports [dkt. 24 & 25]. Respondent Berlin also produced to Agent Barker and attached to his status report to the Court a letter he sent to the issuing bank to get the balance of the summonsed credit card statements and other summonsed documents on September 16, 2006. Because Respondent Berlin has made some effort to obtain the summonsed documents, he will not be held in contempt at this time. It is hereby ORDERED that a status hearing will be held in this matter on October 13, 2006, at 11:30 a.m. to ascertain the production status of the summonsed documents.

**SO ORDERED**.

September 19, 2006                                          /s/
                                                     Thomas F. Hogan
                                                       Chief Judge