IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 MS-00170 |
| vs. ) | |
| ) | |
| PHILIP D. BERLIN, ) | Judge: Hon. Thomas F. Hogan |
| ) | |
| RESPONDENT. ) | |

SECOND REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH
MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006

RESPONDENT, Philip D. Berlin, by his undersigned attorneys, pursuant to the Memorandum and Order of the Court dated September 14, 2006, hereby files a second report as to his compliance with the Order. A status hearing in this case is scheduled for 11:30 a.m., October 13, 2006.

As previously reported to the Court, on September 19, 2006, Respondent appeared before Revenue Agent Tammy S. Barker. Pursuant to the Court's Order, Respondent produced all records in his possession, custody or control, responsive to the two summonses subject to the Court's Order, specifically, unredacted versions of eight MasterCard credit card statements from 2002. These statements were attached as Exhibit 3

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

SECOND REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

- 1 -

to Respondent's deposition taken by Revenue Agent Barker and were appended to Respondent's report to the Court filed September 19, 2006.

Respondent testified in the deposition taken of him by Revenue Agent Barker on September 19, 2006, that he produced all records in his possession, custody, or control that were responsive to the two summonses in question. (9/19/06 Dep. at 6-10.) Respondent was questioned at length and in detail by Revenue Agent Barker as to Respondent's records and his efforts to secure a copy. Respondent answered each of Revenue Agent Barker's questions on this point, and asserted his Fifth Amendment rights only as to those questions going beyond the scope of his possession of such records and his effort to secure from Banque de Luxembourg a copy of such records.

As previously reported to the Court, Respondent produced at this deposition (1) a copy of a letter that was mailed electronically on September 15, 2006, by Respondent to Banque de Luxembourg requesting a copy of all records responsive to the two summonses (attached as Exhibit 6 to Respondent's deposition, and appended to Respondent's report to the Court filed September 19, 2006), and (2) a copy of the same letter that was sent by FedEx to Banque de Luxembourg on September 16, 2006 (a copy of which and the associated FedEx International Air Waybill were attached as Exhibit 7 to Respondent's deposition, and appended to Respondent's report to the Court filed September 19, 2006).

As set forth in Respondent's declaration attached to this report as Exhibit A, on September 27, 2006, Respondent sent to Banque de Luxembourg by electronic mail a second request for a copy of the documents responsive to the two summonses (attached as Attachment 1 to Exhibit A). Respondent also sent that same second request to Banque de

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 2 -

SECOND REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

Luxembourg by FedEx on September 27, 2006, a copy of that letter and the associated FedEx International Air Waybill is attached as Attachment 2 to Exhibit A.[1]

On October 5, 2006, Respondent sent to Banque de Luxembourg by electronic mail a third request for a copy of the documents (Attachment 3 to Exhibit A), and on the same day sent the same letter to Banque de Luxembourg by FedEx. A copy of that letter and the associated FedEx International Air Waybill is attached as Attachment 4 to Exhibit A.

As stated by Respondent in his declaration (Ex. A, par. 6), as of the signing of his declaration on October 12, 2006, Respondent has received no documents or any other communication from Banque de Luxembourg in response to his requests.

Respondent respectfully submits that he continues to be in full compliance with the Order of the Court as to the production of records responsive to the two summonses.

---

[1] As stated in Respondent's Declaration, Exhibit A, par. 2, the FedEx Waybill (Attachment 2 to Exhibit A) bears the incorrect date of "09/25/06."

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 3 -

SECOND REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

Dated: October 12, 2006

Respectfully submitted,

MICHAEL C. DURNEY

/s/ Michael C. Durney
_____
LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
(202) 965-7744
FAX: 202 965-7745
D.C. Bar No. 111872
Email: mcd@mdurney.com


DUNCAN H. CAMERON

/s/ Duncan H. Cameron
_____
CAMERON & HORNBOSTEL, LLP
818 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 393-4690
FAX: 202 293-1877
D.C. Bar No.173146
Email: dcameron@cameron-hornbostel.com

Attorneys for Respondent

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

SECOND REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

- 4 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILIP D. BERLIN )<br>)<br>Respondent. )<br>) | Case No. 1:06 MS-00170<br><br>Judge: Hon. Thomas F. Hogan |

DECLARATION OF PHILIP D. BERLIN

1. My name is Philip D. Berlin and I am a resident of the District of Columbia.

2. On September, 27, 2006, I sent to the Banque de Luxembourg by electronic mail a second request for a copy of the documents responsive to the two summonses that are the subject of this Court's enforcement order of July 20, 2006. As copy of that electronic request is attached hereto as Attachment 1.

3. On September 27, 2006, I sent the same letter to the Banque de Luxembourg by FedEx. A copy of that letter and the associated FedEx International Air Waybill (incorrectly dated "09/25/06") is attached hereto as Attachment 2.

4. On October 5, 2006, I sent to the Banque de Luxembourg by electronic mail a third request for a copy of the documents responsive to the two summonses that are the subject of this

Court's enforcement order of July 20, 2006. As copy of that electronic request is attached hereto as Attachment 3.

5. On October 5, 2006, I sent the same letter to the Banque de Luxembourg by FedEx. A copy of that letter and the associated FedEx International Air Waybill is attached hereto as Attachment 4.

6. To date I have received no documents or any other communication from the Banque de Luxembourg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
PHILIP D. BERLIN

Executed on  Oct 12, 2006

Philip Berlin
_____

From:     "Philip Berlin" <pdberlin@verizon.net>
To:       <Banque.de.luxembourg@bdl.lu>
Sent:     Wednesday, September 27, 2006 10:15 AM
Subject:  Information Required

VIA FEDEX--URGENT: SECOND REQUEST

Banque de Luxembourg
14, boulevard Royal
L2449 Luxembourg
banque.de.luxembourg@bdl.lu

Ref: Eurocard (Mastercard) Account Number  5400 5474 8705 4673

Dear Sirs:

Would you please be so kind as to send me immediately the following information for the above referenced Eurocard (MasterCard):

1) Full credit card statements for the years 2000 through 2003;

2) a duplicate of the MasterCard credit card; and

3) documents reflecting payments of charges to the MasterCard credit card for the years in question.

Please email and FedEx the information to my attorney, Michael C. Durney (mcd@mdurney.com) at 1072 Thomas Jefferson St., NW, Washington, DC 20007.

Yours sincerely,

*[signature]*

Philip D. Berlin

9/27/2006

Philip Berlin

From: "Philip Berlin" <pdberlin@verizon.net>
To: <Banque.de.luxembourg@bdl.lu>
Sent: Wednesday, September 27, 2006 10:15 AM
Subject: Information Required

VIA FEDEX--URGENT: SECOND REQUEST

Banque de Luxembourg
14, boulevard Royal
L2449 Luxembourg
banque.de.luxembourg@bdl.lu

Ref: Eurocard (Mastercard) Account Number  5400 5474 8705 4673

Dear Sirs:

Would you please be so kind as to send me immediately the following information for the above referenced Eurocard (MasterCard):

1) Full credit card statements for the years 2000 through 2003;

2) a duplicate of the MasterCard credit card; and

3) documents reflecting payments of charges to the MasterCard credit card for the years in question.

Please email and FedEx the information to my attorney, Michael C. Durney (mcd@mdurney.com) at 1072 Thomas Jefferson St., NW, Washington, DC 20007.

Yours sincerely,

*[signature]*

Philip D. Berlin

9/27/2006

# FedEx International Air Waybill

For FedEx services worldwide

**1 From** *Please print and press hard*

- Date: 09/25/06
- Sender's FedEx Account Number:
- Sender's Name: Patric D. BERLIN  Phone: 202-337-7066
- Company:
- Address: 1610 33rd St. NW
- (signature) Washington
- City: Washington   State/Province: DC   ZIP/Postal Code: 20007
- Country: USA

**2 To**

- Recipient's Name:
- Company: BANQUE DE LUXEMBOURG
- Address: 14, BOULEVARD ROYAL   Dept./Floor:
- City: LUXEMBOURG   Phone:
- State/Province:   ZIP/Postal Code: L-2449 LUXEMBOURG
- Country: LUXEMBOURG

**3 Shipment Information**
Shipper's Load and Count/SLAC

- Total Packages:
- Total Weight: ___ lbs / ___ kg
- DIM: ___ / ___ / ___ in / cm
- Total Declared Value for Carriage:
- Total Value for Customs (Specify Currency): $1.00

Commodity Description: DOCUMENT
Harmonized Code:
Country of Manufacture:
Value for Customs: $1.00

Recipient's Tax ID number for Customs purposes
e.g. GST/RFC/VAT/IN, or as locally required

For EU Only: Tick here if goods are not in free circulation and provide C.I. ☐

☐ No SED required. Value per Schedule B Commodity number
☐ SED attached (provide export license no. and exp. date or license exception symbol, ie ECCN if applicable)
☐ No SED required per Exemption

**4 Express Package Service**
☒ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**
☐ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other
☐ FedEx 10kg Box
☐ FedEx 25kg Box

**6 Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*
☒ Sender Acct No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Cheque

FedEx Acct. No.:
Credit Card No.: 4266 8410 6030 1668
Credit Card Exp. Date: 05/08

**7b Payment** *Bill duties and taxes to:*
☐ Sender Acct No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
FedEx Acct. No.:

**8 Your Internal Billing Reference**

**9 Required Signature**

Sender's Signature: (signed)

FedEx Tracking Number: 8549 9411 8726

Form ID No.: 0402

RETAIN THIS COPY FOR YOUR RECORDS
PART 158410-Rev. Date 10/03
©1994–2003 FedEx PRINTED IN U.S.A.
500

Philip Berlin

From: "Philip Berlin" <pdberlin@verizon.net>
To: <banque.de.luxembourg@bdl.lu>
Sent: Thursday, October 05, 2006 8:51 AM
Subject: Information Required

VIA FEDEX--URGENT: THIRD REQUEST

Banque de Luxembourg
14, boulevard Royal
L2449 Luxembourg
banque.de.luxembourg@bdl.lu

Ref: Eurocard (Mastercard) Account Number 5400 5474 8705 4673

Dear Sirs:

Would you please be so kind as to send me immediately the following information for the above referenced Eurocard (MasterCard):

1) Full credit card statements for the years 2000 through 2003;

2) a duplicate of the MasterCard credit card; and

3) documents reflecting payments of charges to the MasterCard credit card for the years in question.

Please email and FedEx the information to my attorney, Michael C. Durney (mcd@mdurney.com) at 1072 Thomas Jefferson St., NW, Washington, DC 20007.


Yours sincerely,

*[signature]*

Philip D. Berlin

10/5/2006

Philip Berlin

From: "Philip Berlin" <pdberlin@verizon.net>
To: <banque.de.luxembourg@bdl.lu>
Sent: Thursday, October 05, 2006 8:51 AM
Subject: Information Required

VIA FEDEX--URGENT: THIRD REQUEST

Banque de Luxembourg
14, boulevard Royal
L2449 Luxembourg
banque.de.luxembourg@bdl.lu

Ref: Eurocard (Mastercard) Account Number 5400 5474 8705 4673

Dear Sirs:

Would you please be so kind as to send me immediately the following information for the above referenced Eurocard (MasterCard):

1) Full credit card statements for the years 2000 through 2003;

2) a duplicate of the MasterCard credit card; and

3) documents reflecting payments of charges to the MasterCard credit card for the years in question.

Please email and FedEx the information to my attorney, Michael C. Durney (mcd@mdurney.com) at 1072 Thomas Jefferson St., NW, Washington, DC 20007.


Yours sincerely,

*[signature]*

Philip D. Berlin

10/5/2006

# FedEx Express — International Air Waybill

**1 From**
- Date: 10/5/06
- Sender's Name: Philip D. Berlind
- Phone: 212-331-7069
- Company: 
- Address: 1610 33rd St, NW
- City: Washington    State: DC    ZIP: 20007
- Country: 

**2 To**
- Recipient's Name: 
- Company: Banque de Luxembourg
- Address: 14 bd. Royal
- City: L2449 Luxembourg

**3 Shipment Information**
- Total Packages: 1
- Total Weight: 10 lbs
- Commodity Description: LETTER
- Total Declared Value: 1
- Value for Customs: 1

**4 Express Package Service:** FedEx Int'l Priority (X)

**5 Packaging:** FedEx Envelope (X)

**7a Payment — Bill transportation charges to:** Sender (X) — Credit Card

**7b Payment — Bill duties and taxes to:** Recipient (X)

Credit Card No: 4268 840 6032 1668
Exp: 05/05

FedEx Tracking Number: 8578 6820 6838

Form ID No. 0402

RETAIN THIS COPY FOR YOUR RECORDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 MS-00170 |
| vs. ) | |
| ) | |
| PHILIP D. BERLIN, ) | Judge: Hon. Thomas F. Hogan |
| ) | |
| RESPONDENT. ) | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that true and correct copies of the following:

1. SECOND REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006, and
2. CERTIFICATE OF SERVICE

were served this 12th day of October 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, and by electronic mail to:

Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227  Ben Franklin Station
Washington, D.C. 20044
Email: charles.m.flesch@ usdoj.gov

Attorney for Plaintiff

/s/ Michael C. Durney
_____
Michael C. Durney

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

SECOND REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170