**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  <br>**U.S. Department of Justice, Tax Division**  )  <br>)  <br>Petitioner  )  <br>v.  )  <br>)  <br>**PHILIP D. BERLIN,**  )  <br>)  <br>Respondent.  )  | Misc. Case No. 06-0170 (TFH) |

### ORDER

For the reasons stated at today's status hearing, it is hereby **ORDERED** that on October 25, 2006, the Respondent must file a status report informing the Court of his progress and efforts in obtaining the summonsed documents that were ordered to be produced in the Court's July 20, 2006 Order. It is further **ORDERED** that a contempt hearing will be held in this matter on October 27, 2006 at 3:00 p.m. to ascertain the production status of the summonsed documents.

**SO ORDERED**.

October 13, 2006                                                  /s/
                                                           Thomas F. Hogan
                                                             Chief Judge