IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILIP D. BERLIN, )<br>)<br>RESPONDENT. )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:06 MS-00170<br><br>Judge: Hon. Thomas F. Hogan |

<u>THIRD REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH
MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006</u>

RESPONDENT, Philip D. Berlin, by his undersigned attorneys, pursuant to the Memorandum and Order of the Court dated September 14, 2006, hereby files a third report as to his compliance with the Order. A status hearing in this case is scheduled for 3:00 p.m., October 27, 2006.

As set forth in Respondent's declaration, Exhibit A to this report (par. 2), since the last hearing before this Court on October 13, 2006, Respondent sent by FedEx on October 13, 2006, a letter to Cetrel requesting a copy of the documents responsive to the two summonses in issue. A copy of that letter and the FedEx International Air Waybill is attached as Attachment 1 to Exhibit A. Despite numerous attempts, Respondent was

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

THIRD REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

- 1 -

unable to reach Cetrel by telephone or fax, and Respondent received no response from Cetrel to his written request. (Ex. A, pars. 3,4.)

On October 19 and 20, 2006, Respondent received from Banque de Luxembourg in response to his requests for records responsive to the two summonses in issue a copy of twenty-one credit card statements for Eurocard (Mastercard) Account Number 5400 5474 8705 4673 for the years 2000, 2001, and 2002, detailed as follows:

> 2000: Statements for the months of: March, May, July, August, October
>
> 2001: Statements for the months of: May, June, July, August, September, October, November, December
>
> 2002: Statements for the months of: January, February, March, April, July, August, November, December

Respondent states that these twenty-one statements are a complete set of all credit card statements for Eurocard (Mastercard) Account Number 5400 5474 8705 4673 he received for these three years, and that he received no credit card statement at any time for those months in which no charge was made to the credit card account. (Ex. A, pars. 6, 7.) Counsel for the government is being sent electronically a copy of these twenty-one statements concurrent with the filing of the Report.

Finally, Respondent states that he has received no other documents from either Banque de Luxembourg or Cetrel in response to his requests for records responsive to the two summonses in issue. (Ex. A, par. 8.)

Respondent submits that he has exercised all reasonable efforts to obtain records responsive to the summonses in issue. All responsive credit card statements have been produced. The government can point to no case, nor have we been able to find one, where contempt would be appropriate in the case at hand. In *United States v. Hall,* 2003 U.S.

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 2 -

THIRD REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

Case 1:06-mc-00170-TFH   Document 29   Filed 10/25/2006   Page 3 of 9

Dist. LEXIS 24202; 93 A.F.T.R.2d (RIA) 479 M.D. FL 2003), the taxpayers were found not to have used "all reasonable efforts", and thereby in contempt, where they "mere[ly] assert[ed] . . . that they were or are not in possession of the records… ."  Similarly, in *United States v. Plath,* 2003 U.S. Dist. LEXIS 21619; 2003-2 U.S. Tax Cas. (CCH) P50,729; 93 A.F.T.R.2d (RIA) 981( S.D. FL 2003), the taxpayer was held in contempt where "the only effort taken by Robert Plath to comply with the Summons was his contact with a law firm to request one item listed in the Summons" , and "Plath failed to use any efforts to contact Leadenhall Trust to obtain the necessary documentation."

In other cases, contempt has been determined to be warranted when a person has failed to produce domestic corporate records, *United States v. Roberts,* 858 F.2d 698 (11th Cir. 1988), or foreign partnership records where the person under the production order controlled the partnership.  *United States v. Hayes,* 722 F.2d 723 (11th Cir. 1984).

In other foreign bank record situations, refusal to sign a consent directive as prepared by the government warranted a finding of contempt.  *United States v. Hall, supra.* Here, while Respondent has stated his willingness to sign such a consent directive, the government has yet to proffer such a consent directive.  In a recent case in the District of Maryland, *United States v. Jerry,* 2005 U.S. Dist. LEXIS 16032; 96 A.F.T.R.2d (RIA) 5539 (D. MD 2005), the respondent was permitted to purge himself of contempt by signing a letter prepared by the Internal Revenue Service.[1]  Here again, no such letter has been proffered by the government.

Respondent has made repeated efforts to obtain the summonsed documents he does not have in his possession; he has not refused to sign any letter or consent directive

---

[1] In *Jerry*, the Court held the respondent would be fined $25 per day until he purged himself of contempt.  By contrast, here the government seeks an excessively disproportionate sanction of incarceration or $1,000 per day fine.

MICHAEL C. DURNEY
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 3 -

THIRD REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

proffered by the government; and Respondent has produced through his efforts all the credit card statements sought by the government. In light of this, Respondent respectfully submits that the government's motion for an adjudication of contempt should be denied.

Dated: October 25, 2006

Respectfully submitted,

MICHAEL C. DURNEY

/s/ Michael C. Durney
_____
LAW OFFICES OF MICHAEL C. DURNEY
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
(202) 965-7744
FAX: 202 965-7745
D.C. Bar No. 111872
Email: mcd@mdurney.com

DUNCAN H. CAMERON

/s/ Duncan H. Cameron
_____
CAMERON & HORNBOSTEL, LLP
818 Connecticut Avenue, N.W.
Washington, D.C. 20006
(202) 393-4690
FAX: 202 293-1877
D.C. Bar No.173146
Email: dcameron@cameron-hornbostel.com

Attorneys for Respondent

MICHAEL C. DURNEY
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 4 -

THIRD REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| )                                                                  | |
| Plaintiff,           ) | |
| )                                              Case No. 1:06 MS-00170 | |
| v.                                                            ) | |
| )                                              Judge: Hon. Thomas F. Hogan | |
| PHILIP D. BERLIN                                 ) | |
| )                                                                  | |
| Respondent.     ) | |
| )                                                                  | |

## DECLARATION OF PHILIP D. BERLIN

1. My name is Philip D. Berlin and I am a resident of the District of Columbia.

2. Since the last hearing before this Court on October 13, 2006, I sent on October 13, 2006, by FedEx a letter to Cetrel requesting a copy of the documents responsive to the two summonses in issue. A copy of that letter and the FedEx International Air Waybill is attached hereto as Attachment 1.

3. Despite numerous attempts, I was unable to reach Cetrel by telephone or fax.

4. I received no response from Cetrel to this request.

5. On October 19 and 20, 2006, I received from Banque de Luxembourg in response to my requests for records responsive to the two summonses in issue a copy of twenty-one credit card statements for Eurocard (Mastercard) Account Number 5400 5474 8705 4673 for the years 2000, 2001, and 2002, detailed as follows:

    2000: Statements for the months of: March, May, July, August, October

    2001: Statements for the months of: May, June, July, August, September, October, November, December

    2002: Statements for the months of: January, February, March, April, July, August, November, December

6. These twenty-one statements are a complete set of all credit card statements for Eurocard (Mastercard) Account Number 5400 5474 8705 4673 I received for these three years.

7. I received no credit card statement at any time for those months in which no charge was made to the credit card account.

8. I have received no other documents from either Banque de Luxembourg or Cetrel in response to my requests for records responsive to the two summonses in issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                   */s/ Philip D. Berlin*
                                                                                 PHILIP D. BERLIN

Executed on **Oct 25, 2006**

# EXHIBIT A

Philip D. Berlin
1610 33rd St., NW
Washington, DC 20007
FAX: 202-337-7069


VIA FedEx

Cetrel S.C.
10, Parc d'Activité Syrdall
L-2956 Luxembourg

Dear Sirs:


Would you please send to me immediately (by fax if possible) at the above address, the following information for the above-referenced Eurocard (MasterCard):

1. A copy of all credit cards issued for this credit card account;

2. A copy of all credit card statements issued for the years 200, 2001, and 2002 for this credit card account;

3. A copy of all documents showing payments in the years 2000, 2001, and 2002 to the credit card account, including, but not limited to wire transfers, cancelled personal checks and cancelled cashier's other official bank checks, with specific reference to documents as described above relating to any payments to this credit card account from Banque de Luxembourg account number 00091790/056.

If there are any charges for these documents please advise and they will be remitted immediately.

If there are any of the above-described records that you will not send to me, please admise me immediately in writing (or by fax) together with the reason that such records will not be provided as requested.

Thank you for your assistance.

*[signature]*
Philip D. Berlin

**International Air Waybill**
Express — For FedEx services worldwide

Please print and press hard.

Date: 10/13/06

Sender's FedEx Account Number: _____

From: PHILIP D. BERLIN
Phone: 202-337-7069

Address: 1610 33rd St., NW

City: WASHINGTON, DC
State/Province: ___
ZIP/Postal Code: 20007
Country: USA

To:
Company: CETREL, S.C.
Address: 10, PARC d'ACTIVITE SYRDALL
Dept./Floor: ___
State/Province: ___
ZIP/Postal Code: L-2956 LUXEMBURG

Recipient's Tax ID number for Customs purposes / VAT/IN/EIN, or as locally required: ___

Shipment Information:
For EU Only: Tick here if goods are not in free circulation and provide C.I.
Packages: 1
Total Weight: 0.10 lbs
DIM: ___

Commodity Description: LETTER
Harmonized Code: ___
Country of Manufacture: ___
Value for Customs: $1.00

No SED required, value $500 or less per Schedule B Commodity number
Total Declared Value for Carriage: ___
Total Value for Customs (Specify Currency): $1.00

SED attached (provide exp. declaration no. and exp. date or license exception symbol, which if applicable)

4 **Express Package Service** — Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill

[X] FedEx Intl. Priority
[ ] FedEx Intl. First — Available to select locations
[ ] FedEx Intl. Economy — FedEx Envelope and FedEx Pak rate not available

5 **Packaging** — *These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority only.
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other
[ ] FedEx 10kg Box*
[ ] FedEx 25kg Box*

6 **Special Handling**
[ ] HOLD at FedEx Location
[ ] SATURDAY Delivery — Available to select locations for FedEx Intl. Priority only.

7a **Payment** Bill transportation charges to:
[ ] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient
[ ] Third Party
[X] Credit Card
[ ] Cash/Check/Cheque

FedEx Acct. No.: ___
Credit Card No.: 4266 8410 6630 1663
Credit Card Exp. Date: 05/08

7b **Payment** Bill duties and taxes to: ALL shipments can be subject to Customs charges, which FedEx does not estimate prior to clearance.
[X] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient
[ ] Third Party
FedEx Acct. No.: ___

8 **Your Internal Billing Reference** — First 24 characters will appear on invoice.

9 **Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature: [signed] Philip D. Berlin

This is not authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8578 6820 7000
Form ID: ___

500
PART #58410•Rev. Date 10/03 ©1994–2003 FedEx
PRINTED IN U.S.A.

0402

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994-2003 Federal Express Corporation

**Questions? Visit our Web site at fedex.com.**
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 MS-00170 |
| vs. ) | |
| ) | |
| PHILIP D. BERLIN, ) | Judge: Hon. Thomas F. Hogan |
| ) | |
| RESPONDENT. ) | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that true and correct copies of the following:

1. THIRD REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006, and
2. CERTIFICATE OF SERVICE

were served this 25th day of October 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, and by electronic mail to:

Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227  Ben Franklin Station
Washington, D.C. 20044
Email: charles.m.flesch@ usdoj.gov

Attorney for Plaintiff

/s/ Michael C. Durney
_____
Michael C. Durney

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

THIRD REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170