UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>U.S. Department of Justice, Tax Division   )<br>                                                               )<br>            Petitioner                                     )<br>    v.                                                         )    Misc. Case No. 06-0170 (TFH)<br>                                                               )<br>PHILIP D. BERLIN,                                )<br>                                                               )<br>            Respondent.                              ) | |

## MEMORANDUM OPINION & ORDER

For the reasons stated at today's status hearing, it is hereby **ORDERED** that on November 15, 2006, the Respondent must file a status report informing the Court of his progress and efforts in obtaining the summonsed documents that were ordered to be produced in the Court's July 20, 2006 Order. It is further **ORDERED** that a contempt hearing will be held in this matter on November 17, 2006 at 2:00 p.m. to ascertain the production status of the summonsed documents.

**SO ORDERED**.

October 27, 2006                                                   /s/
                                                                        Thomas F. Hogan
                                                                        Chief Judge