PHILIP D. BERLIN
1610 33rd Street, N.W.
Washington, D.C. 20007
FAX:   202 337 7069
October 13, 2006

*Let this be filed - [signature] 10/27/06*

**FILED**

OCT 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VIA FAX   MR Christoph Liebertz
Banque de Luxembourg
011-352-49924-3007

06-170-TFH

Re:  Eurocard (MasterCard) Account Number 5400 5474 8705 4673

Dear Mr. Liebertz

Would you please send to me immediately at the above address the following information for the above-referenced Eurocard (Master Card):

1. A copy of all credit cards issued for this credit card account.
2. A copy of all credit card statements issued for the years 2000, 2001, and 2002 for this credit card account.
3. A copy of all documents showing payments in the years 2000, 2001, and 2002 to this credit card account, including, but not limited to wire transfers, cancelled personal checks and cancelled cashier's other official bank checks, with specific reference to documents as described above relating to any payments to this credit card account from Banque de Luxembourg account number 00091790/056.

If there are any charges for these documents please advise and they will be remitted immediately.

If there are any of the above-described records that you will not send to me, please advise me immediately in writing and the reason that such records will will not be sent as requested.

Thank you for your assistance.

[signature]
Philip D. Berlin