IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>      Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br>      Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Misc. Case No. 06-170<br>:<br>: Judge: Hon. Thomas F. Hogan<br>:<br>: |

UNITED STATES' NOTICE OF FILING OF DECLARATION OF PHILIBERT
KENMEUGNE TRANSLATING PORTIONS OF EIGHT CREDIT CARD STATEMENTS
<u>PREVIOUSLY FILED BY RESPONDENT, AND STATUS REPORT</u>

  PETITIONER, United States, files a declaration of Internal Revenue Agent Philibert Kenmeugne (attached hereto) translating portions of the eight MasterCard credit card statements (account No. 5400-54\*\*-\*\*\*\*-4673) from 2002 that respondent filed with the Court on September 19, 2006 (docket No. 24, pages 5-12).

  The translations show that respondent had not one but two bank accounts with the Bank of Luxemburg. Six of the credit card statements refer to Berlin's Luxemburg Bank Account 0091\*\*\*/056 and two refer to Berlin's Luxemburg Bank Account IBAN LU11 0080 \*\*\*\* \*\*\*\*1003.[1]

---

  [1]A portion of the account numbers were redacted to protect Berlin's privacy.

The Court's July 20, 2006 order enforcing the summonses requires that Berlin's account statements be produced. The summonses required "all documents showing payments" to Berlin's foreign credit cards.

By letter dated October 31, 2006, the United States wrote Berlin's counsel requesting that Berlin produce copies of his bank account statements pertaining to the accounts identified above, his offshore credit cards, and statements pertaining to another credit card, account No. 4190-00**-****-5626. The latter credit card was also expressly mentioned at the July 20, 2006 hearing. No response or documents have been forthcoming.

Dated: November 8, 2006                  Respectfully submitted,

                                         /s/ Charles M. Flesch
                                         CHARLES M. FLESCH
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         P.O. Box 227
                                         Ben Franklin Station
                                         Washington, D.C. 20044
                                         Telephone: (202) 307-6635

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney