IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br><br>　　　　　　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Misc. Case No. 06-170<br>:<br>: Judge:　　Hon. Thomas F. Hogan<br>:<br>:<br>: |

## DECLARATION OF PHILIBERT KENMEUGNE

1.　I am a duly commissioned Revenue Agent employed in the Office of the Area Director, SBSE Compliance (Small Business/Self Employed), Internal Revenue Service ("Service"), and work in Washington, D.C. I am able to read and speak French fluently.

2.　Internal Revenue Agent Barker requested that I translate to English certain statements written in French that appear on eight MasterCard credit card statements that have been filed in the above referenced case. The eight MasterCard credit card statements are those of Philip Berlin (33d Street, N.W. 1610, Washington, D.C. 20007), and were issued by the Banque of Luxembourg for the months of January 2002, February 2002, March 2002, April 2002, July 2002, August 2002, November 2002,

and December 2002, on MasterCard credit card account No. 5400-\*\*\*\*-\*\*\*\*-4673.[1] The eight statements that I have reviewed were filed with the Court on September 19, 2006 (Docket No. 24, pages 5-12).

3. The only variations on the eight statements were the dates involved, the amounts and places of purchases, and the last two statements had a different bank account number than the account number that appeared on the first six statements.

4. My translation is as follows:

a. <u>January 20, 2002 statement</u>

(i) the terms "Operation Carte MasterCard Numero 5400 [\*\*\*\* \*\*\*\*] 4673 translates to "Transaction on MasterCard Number 5400 [\*\*\*\* \*\*\*\*] 4673;"

(ii) the term "Total carte(s)" translates to "Card Balance;"

(iii) The phrase "Le Montant de 800.33 Eur Sera Preleve Sur Votre Compte BLUX 0091\*\*\*/056[2]/ LE 30/1/2002" that appears on the statement for January 2002 translates to "**We will withdraw (or debit) 800.33 EUR from your Luxemburg Bank Account 0091\*\*\*/056/ on January 30, 2002** (*See* Docket No. 24, page 5, emphasis added));

b. <u>February 23, 2002 statement</u>

(i) the terms "Operation Carte MasterCard Numero 5400 [\*\*\*\* \*\*\*\*] 4673 translates to "Transaction on MasterCard Number 5400 [\*\*\*\* \*\*\*\*] 4673;"

---

[1] The credit card number is partially redacted in this declaration to protect the privacy interests of Philip Berlin. But the credit card number appears in full on the statements filed by Berlin himself.

[2] I have also partially redacted the bank account numbers in this declaration to protect Berlin's privacy even though his filed statements contain the full bank account numbers.

(ii) The phrase "Le Montant de 408.17 Eur Sera Preleve Sur Votre Compte BLUX 0091***/056/ LE 06/03/2002" that appears on the statement for February 2002 translates to "We will withdraw (or debit) 408.17 EUR from your Luxemburg Bank Account 0091***/056/ on March 6, 2002 (*See* Docket No. 24, page 6, emphasis added);

c. March 23, 2002 statement

    (i) the terms "Operation Carte MasterCard Numero 5400 [**** ****] 4673 translates to "Transaction on MasterCard Number 5400 [**** ****] 4673;"

    (ii) The phrase "Le Montant de 2,240.53 Eur Sera Preleve Sur Votre Compte BLUX 0091***/056/ LE 03/04/2002 that appears on the statement for March 2002 translates to "We will withdraw (or debit) 2,240.53 EUR from your Luxemburg Bank Account 0091***/056/ on April 3, 2002 (*See* Docket No. 24, page 7, emphasis added);

d. April 20, 2002 Statement

    (i) the terms "Operation Carte MasterCard Numero 5400 [**** ****] 4673 translates to "Transaction on MasterCard Number 5400 [**** ****] 4673;"

    (ii) The phrase "Le montant de 363.26 Eur Sera Preleve Sur Votre Compte BLUX 0091***/056/ LE 02/05/2002 that appears on the statement for April 2002 translates to "We will withdraw (or debit) 363.26 EUR from your Luxemburg Bank Account 0091***/056/ on May 2, 2002 (*See* Docket No. 24, page 8, emphasis added);

e. July 20, 2002 Statement

    (i) the terms "Operation Carte MasterCard Numero 5400 [**** ****] 4673 translates to "Transaction on MasterCard Number 5400 [**** ****] 4673;"

 (ii) The phrase "Le Montant de 9.92 Eur Sera Preleve Sur Votre Compte BLUX 0091***/056/ LE 31/07/2002 that appears on the statement for July 2002 translates to "We will withdraw (or debit) 9.92 EUR from your Luxemburg Bank Account 0091***/056/ on July 31, 2002 (*See* Docket No. 24, page 9, emphasis added);

f. <u>August 24, 2002 Statement</u>

 (i) the terms "Operation Carte MasterCard Numero 5400 [**** ****] 4673 translates to "Transaction on MasterCard Number 5400 [**** ****] 4673;"

 (ii) The phrase "Le Montant de 236.57 Eur Sera Preleve Sur Votre Compte BLUX 0091***/056/ LE 04/09/2002 that appears on the statement for August 2002 translates to "We will withdraw (or debit) 236.57 EUR from your Luxemburg Bank Account 0091***/056/ on September 4, 2002 (*See* Docket No. 24, page 10, emphasis added);

g. <u>November 23, 2002 Statement</u>

 (i) the terms "Operation Carte MasterCard Numero 5400 [**** ****] 4673 translates to "Transaction on MasterCard Number 5400 [**** ****] 4673;"

 (ii) The phrase "Le Montant de 2750.36 Eur Sera Preleve Sur Votre Compte IBAN LU11 0080 [**** ****] 1003[3] LE 04/12/2002 that appears on the statement for November 2002 translates to "We will withdraw (or debit) 2,750.46 EUR from your Luxemburg Bank Account IBAN LU11 0080 [**** ****] 1003 on December 4, 2002 (*See* Docket No. 24, page 11, emphasis added);

---

[3] I have partially redacted the bank account number to protect Berlin's privacy, but the full account number appears on the statements he filed with the Court.

-4-

h.  December 14, 2002 Statement

  (i)  the terms "Operation Carte MasterCard Numero 5400 [**** ****] 4673 translates to "Transaction on MasterCard Number 5400 [**** ****] 4673;"

  (ii) The phrase "Le Montant de 3,937.83 Eur Sera Preleve Sur Votre Compte IBAN LU11 0080 [**** ****] 1003 LE 27/12/2002 that appears on the statement for December 2002 translates to "We will withdraw (or debit) 3,937.83 EUR from your Luxemburg Bank Account IBAN LU11 0080 [**** ****] 1003 on December 27, 2002 (See Docket No. 24, page 12, emphasis added);

I declare under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed: this 3 day of November, 2006, in Baltimore, Maryland.

_____
PHILIBERT KENMEUGNE

-5-