IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> U.S. Department of Justice, Tax Division <br> P.O. Box 227 <br> Washington, D.C. 20044 <br><br> Petitioner, <br><br> v. <br><br> PHILIP D. BERLIN <br> Respondent. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Misc. Case No. 06-170 <br> : <br> : Judge:    Hon. Thomas F. Hogan <br> : <br> : |

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that true and correct copies of the following:

1. UNITED STATES' NOTICE OF FILING OF DECLARATION OF PHILIBERT KENMEUGNE TRANSLATING PORTIONS OF EIGHT CREDIT CARD STATEMENTS PREVIOUSLY FILED BY RESPONDENT, AND STATUS REPORT;

2. DECLARATION OF PHILIBERT KENMEUGNE (attached to item 1 above); and

3. this CERTIFICATE OF SERVICE,

were served this 8 day of NOVEMBER 2006, by filing those documents with the Clerk of the

Court under the Court's CM/ECF system, which will electronically transmit them to

respondent's counsel:

Michael C. Durney, Esq.
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

                                       */s/ Charles M. Flesch*
                                       CHARLES M. FLESCH
                                       Trial Attorney, Tax Division
                                       U.S. Department of Justice