IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>           Plaintiff,                             )<br>                                                         )    Case No. 1:06 MS-00170<br>           vs.                                       )<br>                                                         )<br>PHILIP D. BERLIN,                         )    Judge: Hon. Thomas F. Hogan<br>                                                         )<br>           RESPONDENT.                 )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         ) | |

FOURTH REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH
MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006

RESPONDENT, Philip D. Berlin, by his undersigned attorneys, pursuant to the Memorandum and Order of the Court dated September 14, 2006, hereby files a fourth report as to his compliance with the Order. A status hearing in this case is scheduled for 2:00 p.m., November 17, 2006.

On November 14, 2006, Respondent's counsel received a letter from Banque de Luxembourg's U.S. counsel stating that in response to Respondent's request, the bank would turn over to Respondent documents in the bank's possession that would be responsive to the summonses in issue. By letter dated November 15, 2006, Respondent's counsel has requested that such documents be immediately sent to Respondent's counsel. A copy of this letter is attached as Exhibit A. All records that are received from the bank

MICHAEL C. DURNEY
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

FOURTH REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

- 1 -

pursuant to this request and are responsive to the summonses will be turned over to the government without delay.

In response to the request by the government in its status report dated November 8, 2006, for records pertaining to credit card account number 4190-00**-****-5626, Respondent states that this is a domestic credit card issued by U.S. Bank for Northwest Airlines.  A representative statement for that credit card dated May 4, 2001, is attached as Exhibit B.  Such records relating to this domestic credit card account are outside the scope of this proceeding.

Respondent respectfully requests that the government's motion for an adjudication of contempt be denied.

| Dated: November 15, 2006 | Respectfully submitted, |
|---|---|
| | MICHAEL C. DURNEY |
| | |
| | /s/ Michael C. Durney |
| | _____ |
| | LAW OFFICES OF MICHAEL C. DURNEY |
| | 1072 Thomas Jefferson Street, N.W. |
| | Washington, D.C. 20007 |
| | (202) 965-7744 |
| | FAX: 202 965-7745 |
| | D.C. Bar No. 111872 |
| | Email:  mcd@mdurney.com |
| | |
| | DUNCAN H. CAMERON |
| | |
| | /s/ Duncan H. Cameron |
| | _____ |
| | CAMERON & HORNBOSTEL, LLP |
| | 818 Connecticut Avenue, N.W. |
| | Washington, D.C. 20006 |
| | (202) 393-4690 |
| | FAX: 202 293-1877 |
| | D.C. Bar No.173146 |
| | Email: dcameron@cameron-hornbostel.com |
| | Attorneys for Respondent |

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

- 2 -

FOURTH REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170

# MICHAEL C. DURNEY
## LAW OFFICES

1072 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, D.C. 20007

(202) 965-7744   FAX: (202) 965-7745
EMAIL: MCD@MDURNEY.COM

November 15, 2006

**VIA FAX at 202 508-4650**
**AND E-MAIL: Samuel.Buffone@ropesgray.com**
Samuel J. Buffone, Esquire
Ropes & Gray
700 12th Street, N.W.
Washington, D.C. 20005

Re:  *United States v. Philip D. Berlin;  USDC DC  Case No. 1:06 MS-00170*

Dear Mr. Buffone:

We are in receipt of your letter dated November 14, 2006, relating to the order of the court in the above-referenced matter directing my client, Mr. Philip D. Berlin, to turn over to the United States Department of Justice certain records and the position of Banque de Luxembourg with respect to its furnishing of such records to Mr. Berlin.

Pursuant to this court order, with respect to Eurocard (MasterCard) Account Numbers 5400 5474 8705 4673 and 5400-5474-8705-4673, you are requested to forward to me as Mr. Berlin's counsel immediately a copy of the following records:

1. A copy of all credit cards issued for this credit card account.
2. A copy of all credit card statements issued for the years 2000, 2001, and 2002 for this credit card account.
3. A copy of all documents showing payments in the years 2000, 2001, and 2002 to this credit card account, including, but not limited to wire transfers, cancelled personal checks and cancelled cashier's other official bank checks, with specific reference to documents as described above relating to any payments to this credit card account from Banque de Luxembourg account number 00091790/056 and IBAN LU11 0080 0917 9000 1003.

Sincerely yours,

*[signature]*

MICHAEL C. DURNEY

## WORLDPERKS VISA
Issued by U.S. Bank National Association ND


NORTHWEST AIRLINES
WORLDPERKS®

### New Balance Summary
| | |
|---|---|
| Previous balance | $3,028.34 |
| Payments & credits | - 3,195.61 |
| New purchases & advances | 2,163.61 |
| Finance charges & other fees | 0.00 |
| **New balance** | **$1,996.34** |

### Credit Available
| | |
|---|---|
| Credit limit | $7,500.00 |
| New Balance | - 1,996.34 |
| **Credit available** | **$5,503.66** |

### WorldPerks Visa Miles
| | |
|---|---|
| WorldPerks Information Line | 1-800-327-2881 |
| WorldPerks number | 675 490 174 |
| Miles this statement | 1,998 |
| 2001 miles year to date | 13,925 |

### Account & Payment Information
| | |
|---|---|
| Customer name: | Philip D Berlin |
| Account number: | 4190 00▮▮▮▮ 5626 |
| Statement date: | May 4, 2001 |
| Minimum payment due | $60.00 |
| Payment must be received | May 29, 2001 |

### Your Resources for Help
| | |
|---|---|
| 24 Hour Customer Service | 1-800-NWA-VISA |
| Mpls./St. Paul Metro Area | 651-244-7777 |
| Text telephone (TTY) | 1-800-846-2580 |

### Transactions

| | | | | | |
|---|---|---|---|---|---|
| Payments & Credits | Apr. 5 | MARTIN RANDALL 100.00POUND STERLING + CONVFEE $0.00 | LONDON W4 GB | | - $138.70 |
| | Apr. 12 | PAYMENT - THANK YOU | | | - 3,028.34 |
| | Apr. 16 | CVS #1337 | WASHINGTON DC | | - 28.57 |
| | | | Total Payments and Credits | | - $3,195.61 |
| Purchases | Mar. 24 | SARANG MAS 60.75NTHRLNS GUILD + CONVFEE $0.49 | AMSTERDAM NL | | $25.31 |
| | Apr. 4 | THE SHAKESPEARE THEATR | 202-5473230 DC | | 58.00 |
| | Apr. 4 | SAVEUR RESTAURANT | WASHINGTON DC | | 90.00 |
| | Apr. 4 | BRIDGES STREET BOOKS | WASHINGTON DC | | 69.71 |
| | Apr. 4 | JOHN F. KENNEDY CTR. | WASHINGTON DC | | 26.16 |
| | Apr. 5 | CITGO 7-ELEVEN 18050 | MARSHALL VA | | 16.99 |
| | Apr. 5 | THE EXCHANGE | WASHINGTON DC | | 13.00 |
| | Apr. 6 | ZUKI MOON NOODLE | WASHINGTON DC | | 61.50 |
| | Apr. 6 | JOHN F. KENNEDY CTR. | WASHINGTON DC | | 122.08 |
| | Apr. 7 | CVS #1337 | WASHINGTON DC | | 42.77 |
| | Apr. 8 | SAFEWAY STORE00012005 | WASHINGTON DC | | 39.33 |
| | Apr. 8 | BISTROT DU COIN | WASHINGTON DC | | 87.50 |
| | Apr. 12 | POTOMAC WINES & SPIRIT | GEORGETOWN DC | | 158.37 |
| | Apr. 12 | CVS #1337 | WASHINGTON DC | | 56.70 |
| | Apr. 13 | ADT*SECURITY SERVICES | 800-722-6779 CO | | 30.28 |
| | Apr. 13 | AMAZON.COM *SUPERSTOR | 800-201-7575 WA | | 17.24 |
| | Apr. 14 | SAFEWAY STORE00012005 | WASHINGTON DC | | 31.72 |
| | Apr. 14 | THAI TOWN RESTAURANT | WASHINGTON DC | | 56.50 |

Page 1 of 2



## WORLDPERKS VISA
Issued by U.S. Bank National Association ND

Customer name:   Philip D Berlin  
Account number:  4190 00▮▮▮▮ 5626  
Statement date:  May 4, 2001

| Purchases (continued) | Date | Description | Location | Amount |
|---|---|---|---|---|
| | Apr. 14 | PROTIX-DC | 703-2186530 VA | 104.50 |
| | Apr. 15 | JALEO | WASHINGTON DC | 140.00 |
| | Apr. 16 | AMAZON.COM *SUPERSTOR | 800-201-7575 WA | 45.66 |
| | Apr. 17 | RN *REAL GOLDPASS APR | 206-674-2650 WA | 9.95 |
| | Apr. 18 | ARUCULA RESTAURANT | WASHINGTON DC | 85.00 |
| | Apr. 18 | CONFUCIUS CAFE | WASHINGTON DC | 67.50 |
| | Apr. 19 | SOURCE THEATRE | WASHINGTON DC | 40.00 |
| | Apr. 19 | CSS/CYBER STAR SERVICE | 3232254747 CA | 98.09 |
| | Apr. 20 | 1 WASHINGTON CIRCLE HO | WASHINGTON DC | 72.50 |
| | Apr. 20 | GEORGETOWN TOBACCO & P | WASHINGTON DC | 13.64 |
| | Apr. 21 | SAFEWAY STORE00012005 | WASHINGTON DC | 30.46 |
| | Apr. 22 | PRODIGY* INTERNET | 800-213-0992 NY | 14.95 |
| | Apr. 27 | CVS #1337 | WASHINGTON DC | 43.28 |
| | Apr. 28 | SAFEWAY STORE00012005 | WASHINGTON DC | 30.57 |
| | Apr. 29 | MES AMIS | WASHINGTON DC | 50.00 |
| | Apr. 30 | BLOOMINGDALE'S NY | 513-573-2829 NY | 193.45 |
| | May 1 | FLAGSHIP CAR WASH | WASHINGTON DC | 37.06 |
| | May 1 | FRESH FIELDS #039 | WASHINGTON DC | 44.15 |
| | May 2 | P.O. BOXES ETC. | WASHINGTON DC | 20.97 |
| | May 2 | AEROBOX #329 | WAYNE NJ | 18.72 |
| | | | **Total Purchases** | **$2,163.61** |

### Rates & Fees

| Variable periodic rates: | Purchases | Advances |
|---|---|---|
| Monthly periodic | 1.52% | 1.52% |
| Corresponding APR | 18.25% | 18.25% |
| **ANNUAL PERCENTAGE RATE** | 18.25% | 18.25% |
| Average daily balance | $1,988.82 | $0.00 |
| **FINANCE CHARGES:** | | |
| Interest charge | $0.00 | $0.00 |

### News For You

*Fly First Class for the price of a full-fare Coach ticket with ConnectFirst. Earn up to 20,000 WorldPerks Bonus Miles when traveling before June 30, 2001. Just register prior to travel and no later than June 15, 2001 by calling 1-888-955-7878 and enter registration number 2026.*

*Now there's an easy way to ensure that you never miss a payment or pay a late fee, even while you're traveling. Sign up for AutoPay and your WorldPerks Visa Card bill will be paid automatically from your checking or savings account, on time, every month. It's easy, it saves time and, best of all, it's free. See the enclosed insert or call customer service at 1-800-NWA-VISA for details.*

*Miles for your friends, miles for you! Earn more WorldPerks Bonus Miles in 2001 by introducing your friends to the WorldPerks Visa Card. You and your friends will both be on the way to faster award travel! See the enclosed brochure for all the details on how to refer your friends and earn miles.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06 MS-00170 |
| vs. ) | |
| ) | |
| PHILIP D. BERLIN, ) | Judge: Hon. Thomas F. Hogan |
| ) | |
| RESPONDENT. ) | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the following:

1. FOURTH REPORT OF PHILIP D. BERLIN AS TO COMPLIANCE WITH MEMORANDUM OPINION AND ORDER DATED SEPTEMBER 14, 2006, and
2. CERTIFICATE OF SERVICE

was served this 15th day of November 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, and by electronic mail to:

Charles M. Flesch, Esquire
Trial Attorney
Department of Justice
Tax Division
P.O. Box 227  Ben Franklin Station
Washington, D.C. 20044
Email: charles.m.flesch@ usdoj.gov

Attorney for Plaintiff

/s/ Michael C. Durney
_____
Michael C. Durney

**MICHAEL C. DURNEY**
Law Offices
1072 Thomas Jefferson St., N.W.
Washington, D.C. 20007

FOURTH REPORT OF PHILIP D. BERLIN AS TO
COMPLIANCE WITH MEMORANDUM OPINION
AND ORDER DATED SEPTEMBER 14, 2006
Case No. 1:06 MS-00170