UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>U.S. Department of Justice, Tax Division   )<br>                                                                )<br>            Petitioner                                     )<br>    v.                                                         )    Misc. Case No. 06-0170 (TFH)<br>                                                                )<br>PHILIP D. BERLIN,                                  )<br>                                                                )<br>            Respondent.                              )  | |

## MEMORANDUM OPINION & ORDER

On August 15, 2006, the Government moved for a finding of civil contempt of the Respondent due to his failure to comply with the Court's July 20, 2006 Order Enforcing Internal Revenue Summonses ("July 20, 2006 Order") [dkt. 12]. On September 14, 2006, the Court issued an Order stating that if on September 19, 2006, Respondent did not produce the summonsed documents at his scheduled appearance before the Internal Revenue Agent, he would be in civil contempt for failing to comply with the Court's July 20, 2006 Order [dkt. 23]. On September 19, 2006, because the parties informed the Court that Respondent did appear to testify and did produce some of the summonsed documents, the Court Ordered that Respondent was not in contempt at that time. The Court Ordered Respondent to produce the outstanding documents by October 13, 2006 or he would be in civil contempt. On October 13, 2006 the Court held a second status hearing and again the parties informed the Court that Respondent Berlin had not yet produced the outstanding documents. On October 27, 2006 the Court held a third status hearing and instructed Respondent that if the remaining documents were not produced by November 17, 2006, Respondent would be held in civil contempt.

Because the July 20, 2006 Order from this Court was valid, Respondent knew of the Order

and disobeyed the Order, Respondent is in civil contempt. Respondent's defense of an "inability to comply" fails because this Court finds that he has not met his burden of establishing that he has exercised "all reasonable efforts" to comply. *See United States v. Plath*, 2003 WL 23138778 at *3 (S.D. Fla. 2003); *see also Rylander v. United States*, 460 U.S. 752 (1983).

Because Respondent has not exercised "all reasonable efforts" to comply, and for the reasons stated at today's hearing, it is hereby **ORDERED** that Respondent, **PHILIP D. BERLIN**, is and continues to be in **CIVIL CONTEMPT** of this Court's July 20, 2006 Order. It is further **ORDERED** that **PHILIP D. BERLIN** shall have until and including Wednesday, November 22, 2006, to purge himself of contempt by fully complying with the Court's Order of July 20, 2006. If Respondent does not purge himself of contempt by Wednesday, November 22, 2006, it is further **ORDERED** that **PHILIP D. BERLIN** shall forfeit $500.00 per day beginning on November 23, 2006, until such time as **BERLIN** shall purge himself of contempt. It is further **ORDERED** that the parties appear before the Court for a status hearing on Tuesday, November 28, 2006 at 9:30 AM.

**SO ORDERED**.

November 17, 2006                                    /s/
                                            Thomas F. Hogan
                                            Chief Judge