IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>U.S. Department of Justice, Tax Division<br>P.O. Box 227<br>Washington, D.C. 20044<br><br>      Petitioner,<br><br>v.<br><br>PHILIP D. BERLIN<br><br>      Respondent. | Misc. Case No. 06-170<br><br>Judge: Hon. Thomas F. Hogan |

## DECLARATION OF TAMMY BARKER

1. I am a duly commissioned Revenue Agent employed in the Office of the Area Director, SBSE Compliance (Small Business/Self Employed), Internal Revenue Service ("Service"), in Washington, D.C.

2. I am assigned to examine the federal income tax liabilities of Philip D. Berlin ("Berlin" or "the taxpayer").

3. The purpose of this declaration is to report to the Court that the Internal Revenue Service concludes that Berlin has not fully complied with the Court's July 20, 2006 order enforcing two Internal Revenue Service summonses that seek Berlin's foreign credit cards, his corresponding credit card statements for the years 2000-2002, and all documents showing payments thereto.[1]

---

[1] The Court's July 20, 2006 order also required Berlin to appear before me and provide testimony. The United States has not yet initiated contempt proceedings

4. The Service had identified by MasterCard credit card number two credit card accounts (5400 ***** **** 4673 and 5400 **** **** 4316) and two bank accounts that Berlin maintained at the Bank of Luxembourg (Account Nos. 0091***/056 and IBAN LU11 0080 **** ****1003). The bank account numbers were only ascertained after contempt proceedings were initiated when Berlin began producing unredacated copies of his credit card statements. Those statements had to be translated from French, and they showed Berlin's Bank of Luxembourg bank account numbers. (*See* Declaration of IRS Agent Philibert Kenmeugne on file with the Court.)

5. On or about October 25, 2006, Berlin produced twenty-one unredacted MasterCard credit statements for account No. 5400 **** **** 4673 and 5400 **** **** 4316 pertaining to his Euro (MasterCard) credit card. Berlin had requested these records from the Bank of Luxembourg and had expressly limited his request to account No. 5400 **** **** 4673. It appears from the twenty-one statements that account number ending 4316 was in existence in 2000-2001, and became account number ending 4673 as of July 1, 2001. The twenty-one statements included the eight statements that Berlin filed with the Court on September 19, 2006 for this same account.

4. On November 17, 2006, the Court adjudicated Berlin in contempt for his having failed to produce the records sought by the two summonses that were enforced under the Court's July 20, 2006 order.

---

against Berlin for his refusal to answer questions.

5.    By letter dated November 22, 2006, Berlin's counsel, Michael Durney, sent sixty-two pages of new documents Berlin received from the Bank of Luxembourg. The documents were also Bates-stamped "IRS0001 through IRS0062."

6.    I have examined Berlin's November 22, 2006 document production and conclude that he still has not fully complied with the Court's July 20, 2006 order because he has not produced all the documents sought.

    A.    Berlin's bank records reflect that his Luxembourg bank account, No. 0091 ***, was debited on several occasions to pay another foreign credit card entitled "Eurocard." The following summarizes the charges to this newly discovered foreign credit card.

The listing of these debits are as follows:

| Card Number Month Ending Activity | Unknown Number | | | Stamped Page |
|---|---|---|---|---|
| | Statement Received | Payment Made | Payment In Euros | |
| Jun-01 | | X | $ 9.92 | Page 13 |
| Jul-01 | | X | $ 376.25 | Page 13 |
| Aug-01 | | X | $ 442.61 | Page 13 |
| Sep-01 | | X | $ 15.77 | Page 14 |
| Oct-01 | | X | $ 666.64 | Page 14 |
| Nov-01 | | X | $ 277.47 | Page 14 |
| Dec-01 | | X | $ 187.01 | Page 14 |
| Jan-02 | | X | $ 186.38 | Page 32 |
| Jun-02 | | X | $ 621.89 | Page 33 |
| Jul-02 | | X | $ 682.81 | Page 33 |

    B.    I compared the charges (summarized above) from Berlin's Luxembourg Bank statements to the twenty-one Bank of Luxembourg MasterCard

-3-

credit card statements that Berlin previously produced.[2] The charges summarized above, which are shown on Berlin's bank account statements, are not shown on the twenty-one MasterCard credit card statements.

7. Accordingly, Berlin has or had another foreign credit card during the years in issue, and has failed to produce the credit card statements and the card itself.

8. The two summonses that were enforced by the Court on July 20, 2006, seek to have Berlin produce *all* his foreign credit cards (or copies thereof) issued by a foreign bank, *all* corresponding monthly statements for the foreign credit cards, and *all* documents showing payments for charges to those cards. (*See* summonses attached as Exs. 2 and 3 to my April 17, 2006 declaration, on file with the Court). As stated, Berlin's November 22, 2006 document production shows that he had another Eurocard, and has not produced the credit card and the monthly statements relating thereto.

I declare the foregoing to be true and correct subject to the penalty of perjury. 28 U.S.C. § 1746(2).

Executed this 1st day of December, 2006, in Washington, D.C.

_____
TAMMY BARKER

---

[2] The 21 statements previously produced were for MasterCard credit card account Nos. ending 4316 and 4673

-4-