IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> U.S. Department of Justice, Tax Division : <br> P.O. Box 227 : <br> Washington, D.C. 20044 : <br>  : <br> Petitioner, : <br>  : <br> v.  : Misc. Case No. 06-170 <br>  : <br> PHILIP D. BERLIN : Judge:    Hon.  Thomas F. Hogan <br> Respondent. : | |

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that true and correct copies of the following:

    1.    UNITED STATES' MEMORANDUM IN OPPOSITION TO RESPONDENT'S MOTION TO VACATE FINDING OF CONTEMPT;

    2.    DECLARATION OF TAMMY BARKER;

    3.    this CERTIFICATE OF SERVICE,

were served this 1 day of December 2006, by filing those documents with the Clerk of the Court under the Court's CM/ECF system, which will electronically transmit them to respondent's counsel:

Michael C. Durney, Esq.
1072 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

                                      */s/ Charles M. Flesch*
                                      CHARLES M. FLESCH
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice