UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Department of Justice, Tax Division<br><br>Petitioner<br>v.<br><br>PHILIP D. BERLIN,<br><br>Respondent. | )<br>)<br>)<br>)<br>) Misc. Case No. 06-0170 (TFH)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION & ORDER

After reviewing the parties' filings and the entire record in this matter, and for the reasons stated at today's hearing, the Court finds Respondent has made all reasonable efforts to comply with the Court's July 20, 2006 Order [dkt. 12], and it is hereby **ORDERED** that Respondent, **PHILIP D. BERLIN**, purged himself of civil contempt on November 22, 2006. The Court's Order of November 17, 2006, stated that Respondent would forfeit $500.00 per day, beginning on November 23, 2006, if Respondent did not purge himself of contempt by November 22, 2006 [dkt. 34]. Accordingly, because Respondent purged himself of contempt on November 22, 2006, it is hereby **ORDERED** that no fine be assessed against Mr. Berlin.

It is further **ORDERED** that Respondent's motion to vacate the finding of contempt be **DENIED** [dkt. 35].

**SO ORDERED**.

December 4, 2006 /s/
Thomas F. Hogan
Chief Judge