FILED

DEC 4 - 2006

ORIGINAL

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIP D. BERLIN ) <br> ) <br> Respondent. ) <br> ) | Case No. 1:06 MS-00170 <br><br> Judge: Hon. Thomas F. Hogan |

## DECLARATION OF PHILIP D. BERLIN

1. My name is Philip D. Berlin and I am a resident of the District of Columbia.

2. In its Memorandum of Opposition to Respondent's Motion to Vacate Finding of Contempt, the government asserts that I have or had another foreign credit card other than those previously disclosed:

   > Accordingly, Berlin has or had another foreign credit card during the years in issue and has failed to produce credit card statements and the card itself. (Gov. Memo. p. 3.)

3. The government states as its basis for this assertion that records produced by Banque de Luxembourg reflect payments to a credit card other than as shown on the twenty-one credit card statements already produced to the government.

4. The payments referred to by the government appear to be related to a Eurocard credit card in the name of Joan Gildemeister. A copy of a credit card statement bearing the name of

"Mme Gildemeister Joan", account number 5400 **** **** 7460, dated "20/01/2002" is attached hereto as Attachment 1.

5. On page 32 of the records produced by Banque de Luxembourg and delivered to the government, attached hereto as Attachment 2, a payment to a Eurocard in the amount of 186.38 € was made on 30/01/02. Attachment 1 reflects a payment to the above-referenced Gildemeister Eurocard on 30/01/02 in the amount of 186.38 €.

6. The government is being provided ten Gildemeister Eurocard statements produced by Banque de Luxembourg, dated 23/06/2001, 21/07/01, 25/08/2001, 22/09/2001, 20/10/2001, 24/11/2001, 15/12/2001, 20/01/2002, 22/06/2002, and 20/07/2002, which reflect that all of the payments to credit cards listed by the government in its memorandum appear to relate exactly to the amounts paid to the above-referenced Gildemeister Eurocard account.

7. Contrary to the assertion of the government, I have no other credit cards other than those previously disclosed to the government prior to the production of the bank records by Banque de Luxdmbourg and turned over to the government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                PHILIP D. BERLIN

Executed on 12/4/06.



# BANQUE DE LUXEMBOURG



A indiquer en cas de remboursements complémentaires / Bei Zusatzzahlungen bitte angeben / For additional repayments, please indicate:

Compte / Konto / Account:

Référence / Referenz / Reference: 86086688

MME GILDEMEISTER JOAN

4406-35TH ST.NW

USA-20008 WASHINGTON DC
UNITED STATES

Limite d'utilisation / Kreditlinie / Credit limit: 750,00 EUR

## EUROCARD

Releve au / Auszug vom / Statement dated 20/01/2002    Folio 01

| Date transaction<br>Transaktionsdatum<br>Transaction date | Date traitement<br>Buchungsdatum<br>Booking date | Description de l'opération<br>Erklärung<br>Description | Localité<br>Ort<br>Place | Montant en devises<br>Währungsbetrag<br>Currency amount | Montant<br>Betrag<br>Amount EUR |
|---|---|---|---|---|---|

OPERATIONS CARTE EUROCARD NUMERO 5400 5474 8739 7460

| 18/12/01 | 19/12/01 | POLITICS & PROSE B | WASHINGTON | 83,43 USD | -93,95 |
| 14/01/02 | 16/01/02 | MARSEILLE | NEW YORK | 81,20 USD | -92,43 |
| | | TOTAL CARTE(S) | | | -186,38 |

**TOTAL NOUVEAU SOLDE**     **-186,38**

LE MONTANT DE 186,38 EUR SERA PRELEVE SUR VOTRE COMPTE BLUX 0091790/003/ LE 30/01/2002

DATE DE LA PROCHAINE CLOTURE 23/02/2002

**Attachment 1**



Pour tout renseignement complémentaire concernant ce relevé, veuillez vous adresser à :
Für weitere Auskünfte zu diesem Auszug, wenden Sie sich bitte an:
For additional information on this statement, please contact:
Para eventuais informações suplementares em relação a este extracto, queira referir-se a:

CETREL   www.cetrel.lu

Cetrel Card Services L-2956 Luxembourg
Service Clients tél.: 3 55 66-222  Fax: 3 55 66-818
Blocage carte Perte/Vol tél.: 49 10 10 (uniquement par téléphone)

BANQUE DE LUXEMBOURG
Tél:(352) 26 20 26 60
Internet:www.banquedeluxembourg.com

**BANQUE DE LUXEMBOURG**

M. PHILIP BERLIN

Your CURRENT ACCOUNT in EUR
0091790/001.003
(IBAN LU11 0080 0917 9000 1003)

## Statement of transactions from 01/01/02 to 31/12/02

date of printout : 01/07/2003    page Nr : 1/30

| DATE BOOK | TYPE OF TRANSACTION | DATE VALUE | AMOUNT IN EUR |
|---|---|---|---|
| | BALANCE on 01/01/2002 | | -5.287,32 |
| 15/01/2002 | TRANSFER | 17/01/2002 | 5.287,32 |
| | Account debited : your CURRENT ACCOUNT in USD | | |
| | Amount received.............. 5.287,32  EUR | | |
| 30/01/2002 | Relevé Eurocard du 20/01/2002 | 30/01/2002 | -800,33 |
| | Ref. PRE-EUROCARD | | |
| 30/01/2002 | Relevé Eurocard du 20/01/2002 | 30/01/2002 | -186,38 |
| | Ref. PRE-EUROCARD | | |
| 06/03/2002 | Relevé Eurocard du 23/02/2002 | 06/03/2002 | -408,17 |
| | Ref. PRE-EUROCARD | | |
| 27/03/2002 | TRANSFER | 20/03/2002 | 1.394,88 |
| | Account debited : your CURRENT ACCOUNT in USD | | |
| | Amount received.............. 1.394,88  EUR | | |
| 03/04/2002 | Relevé Eurocard du 23/03/2002 | 03/04/2002 | -2.240,53 |
| | Ref. PRE-EUROCARD | | |
| | INTERMEDIATE BALANCE | | -2.240,53 |

If no objection is made within 30 days, the information contained herein will be considered to be accurate and approved.

BANQUE DE LUXEMBOURG - Head office : 14, boulevard Royal
B.P. 2221 L-1022 Luxembourg - R.C. Lux. B 5310 Société anonyme

IRS0032

Attachment 2